FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 22 2019

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>STERLING ISLANDS, INC.,<br>AL-ZUNI GLOBAL JEWELRY, INC.,<br>JAWAD "JOE" KHALAF,<br>NADER KHALAF,<br>NASHAT "NASH" KHALAF,<br>ZAHER MOSTAFA, and<br>TAHA "TOM" SHAWAR<br><br>    Defendants. | Case No. CR 18-4176 JB |

## PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE HEARING

THIS MATTER, having come before the Court upon the Defendants' Unopposed Motion to Continue the Hearing set for March 26, 2019, and the Court having reviewed and considered the Motion, the Court ORDERS as follows:

1. The March 26, 2019, hearing at 8:30 a.m. is vacated.

2. The hearing is rescheduled for April_____, 2019, at _____ a.m./p.m.

_____
HONORABLE JAMES O. BROWNING
UNITED STATES DISRICT JUDGE