# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                     No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR,

    Defendants.

## UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Pursuant to D.N.M.LR-Cr. 47.9, Defendants respectfully move the Court for an order allowing them to file their Reply in Support of Their Rule 12(b) Motion to Dismiss Counts 2 and 3, and to Partially Dismiss Count 1, of the Indictment, in excess of the 12-page limit.

Pursuant to D.N.M.LR-Cr. 47.1 & 47.2, opposing counsel does not oppose this motion.

**WHEREFORE,** Defendants request that the Court enter an order allowing them to file their Reply in Support of Their Rule 12(b) Motion to Dismiss Counts 2 and 3, and to Partially Dismiss Count 1, of the Indictment, in excess of the 12-page limit.

                Respectfully submitted,

                RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                By    */s/ Matthew M. Beck*
                       Matthew M. Beck
                P.O. Box 1888
                Albuquerque, New Mexico 87103
                Telephone: (505) 765-5900
                Facsimile: (505) 768-7395
                Email: mbeck@rodey.com

                *Attorneys for Defendant Zaher Mostafa*

FREEDMAN, BOYD, HOLLANDER, GOLDBERG,
URIAS & WARD, P.A.

By      */s/ Nancy Hollander*
  John Boyd
  Nancy Hollander
P.O. Box 25326
Albuquerque, New Mexico 87125-0326
Telephone: 505.842.9960
Facsimile: 505.842.0761
Email: jwb@fbdlaw.com
   nh@fbdlaw.com

*Attorneys for Defendants Nashat Khalaf and Al-Zuni Global Jewelry, Inc.*


PEIFER, HANSON & MULLINS, P.A.

By      */s/ Mark T. Baker*
  Mark T. Baker
  Carter B. Harrison IV
P.O. Box 25245
Albuquerque, New Mexico 87125
Telephone: (505) 247-4800
Facsimile: (505) 243-6458
Email: mbaker@peiferlaw.com
   charrison@peiferlaw.com

*Attorneys for Defendants Sterling Islands, Inc., and Jawad Khalaf*

--and--

AHMAD ASSED & ASSOCIATES

By      */s/ Ahmad Assed*
  Ahmad Assed
  Richard Moran
818 5th Street NW
Albuquerque, New Mexico 87102
Telephone: 505-246-8373
Facsimile: 505-246-2930
Email: ahmad@assedlaw.com
   richard@assedlaw.com

*Attorneys for Defendant Nader Khalaf*

APPROVED:

*(Approved 03-22-19)*
Sean J. Sullivan
Kristopher N. Haughton
Assistant United States Attorneys
United States Attorney's Office
District of New Mexico
201 Third St. NW, Suite 900
Albuquerque, NM 87102
Sean.J.Sullivan@usdoj.gov
Kristopher.Houghton@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on March 22, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                      RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                      By   */s/ Matthew M. Beck*
                            Matthew M. Beck