IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

**THIS MATTER** came before the Court on the Defendants' Unopposed Motion for Leave to Exceed Page Limits to file their Reply in Support of Their Rule 12(b) Motion to Dismiss Counts 2 and 3, and to Partially Dismiss Count 1, of the Indictment, in excess of the 12-page limit. The Court, having read the motion, being advised that Plaintiff United States of America does not oppose the motion, and otherwise being fully advised on the premises of the motion, finds that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that Defendants' Unopposed Motion for Leave to Exceed Page Limits to file their Reply in Support of Their Rule 12(b) Motion to Dismiss Counts 2 and 3, and to Partially Dismiss Count 1, of the Indictment, in excess of the 12-page limit, is granted. Defendants' reply may exceed the 12 page limit.

_____
**HONORABLE JAMES O. BROWNING**
**UNITED STATES DISTRICT JUDGE**