IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL No. 18-4176 JB |
| | ) |
| **STERLING ISLANDS, et al.**, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR TWO-WEEK TIME EXTENSION TO FILE RESPONSE TO DEFENDANT'S JOINT MOTION TO COMPEL DISCOVERY (Doc. 49)**

The United States respectfully requests a two-week extension of time within which to file its response to Defendant's Joint Motion to Compel Discovery. *See* Doc. 49. The United States has been diligently working through the Defendants' 13-page letter demanding specific discovery, and upon which Defendants' motion is based. The United States plans to disclose a portion of the items Defendants requested, and then file a motion outlining which items (1) have already been disclosed, (2) will be disclosed, (3) do not exist, and (4) are not subject to disclosure. The United States needs an additional two weeks to accomplish that task. None of the Defendants oppose this relief. Accordingly, the United States requests the Court extend the United States' response deadline to the joint motion to compel discovery for two-weeks, until May 17, 2019.

Respectfully submitted,

JOHN C. ANDERSON

1

United States Attorney

/s/
KRISTOPHER N. HOUGHTON
SEAN P. SULLIVAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 3rd day of May, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

        /s/
        KRISTOPHER N. HOUGHTON
        Assistant U.S. Attorney