# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL No. 18-4176 JB |
| | ) |
| **STERLING ISLANDS, et al.**, | ) |
| | ) |
| Defendants. | ) |

## UNITED STATES' MOTION FOR TWO-WEEK TIME EXTENSION TO FILE RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS COUNT I OF THE INDICTMENT (Doc. 50)

The United States respectfully requests a two-week extension of time within which to file its response to Defendants' Joint Motion to Dismiss Count I of the Indictment. *See* Doc. 50. The United States needs additional time to research and respond to Defendants' motion to dismiss. The Assistant United States Attorneys assigned to this case have been occupied by other investigations and cases, to include the trial of *United States v. Raymond Moya*, 15-CR-1889-JCH. Those obligations have prevented the United States from completing its response in this case. The United States needs an additional two weeks to accomplish that task. None of the Defendants oppose this relief. Accordingly, the United States requests the Court extend the United States' response deadline to the joint motion to compel discovery for two-weeks, until May 24, 2019.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

       /s/
       KRISTOPHER N. HOUGHTON
       SEAN P. SULLIVAN
       Assistant U.S. Attorneys
       P.O. Box 607
       Albuquerque, New Mexico 87103
       (505) 346-7274

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

       /s/
       KRISTOPHER N. HOUGHTON
       Assistant U.S. Attorney