IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL No. 18-4176 JB |
| | ) | |
| **STERLING ISLANDS, et al.**, | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' NOTICE OF WITHDRAWAL OF UNITED STATES' MOTION FOR TWO-WEEK TIME EXTENSION TO FILE RESPONSE TO DEFENDANTS' MOTION TO COMPEL DISCOVERY (Doc. 51)

The United States hereby withdraws its "Motion for Two-Week Time Extension to File Response to Defendants' Joint Motion to Compel Discovery." Doc. 51. The United States realized after it filed its motion for time extension that the Court's Scheduling Order does not require responses to discovery motions until June 5, 2019. Accordingly, the United States' motion was unnecessary. The United States intends to respond to Defendants' Joint Motion to Compel Discovery (Doc. 49) in the time already allotted by the Court.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney


/s/
KRISTOPHER N. HOUGHTON
SEAN P. SULLIVAN
Assistant U.S. Attorneys
P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 17th day of May, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which is designed to cause counsel of record for the defendant to be served by electronic means.

                                             /s/
                                      KRISTOPHER N. HOUGHTON
                                      Assistant U.S. Attorney