IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        CR. NO. 18-4176 JB

STERLING ISLANDS, et al.,

        Defendant.

### ORDER GRANTING THE UNITED STATES' MOTION FOR TWO-WEEK TIME EXTENSION TO FILE RESPONSE TO DEFENDANTS' JOINT MOTION TO DISMISS COUNT I OF THE INDICTMENT (Doc. 50)

THIS MATTER having come before the Court on the United States' Motion to Extend the Time Within Which to Respond to Defendants' Motion to Dismiss Count I of the Indictment (Doc. 50), and having considered the reasons set forth in that motion, FINDS that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the United States' response is due on May 24, 2019.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

Kristopher N. Houghton
Sean J. Sullivan
Assistant United States Attorneys