This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**Title: AL ZUNI**

**INV #: 2012204455**

**Report #: 009**

## DETAILS OF INVESTIGATION

**STERLING ISLANDS (STERLING) Trash Cover**

On January 28, 2014, at approximately 0500 hours, U.S. Fish and Wildlife Service/Office of Law Enforcement (USFWS/OLE) Special Agent (SA) Russell Stanford performed a trash cover at STERLING. Among the items recovered from the dumpster, located in the rear of the building, are the following (See attachment #1, copies of recovered documents):

- One (1) FASHION ACCESSORIES 4 U COPORATION (FA4U) financial statement for December of 2013. Details listed in the statement include:
    - A "currency transfer from $ acct. - $15,000 ... (12/02/13)"
    - A "currency transfer from $ acct. - $40,000 ... (12/06/13)"
    - A "currency transfer from $ acct. - $60,000 ... (12/09/13)"
    - A "currency transfer from $ acct. - $32,000 ... (12/17/13)"
    - An "incoming wire from STERLING ISLAND 12-02-13 (Inv # 371) $37,453.40"
    - An "incoming wire from STERLING ISLAND 12-04-13 (Inv # 372-373) $66,181.00"
    - An "incoming wire from STERLING ISLAND 12-10-13 (Inv # 374-375) $82,131.40"
- One (1) FA4U financial statement for 2013. The statement is organized by month with corresponding expenditures.
- One (1) document listing invoice numbers, invoice dates, and corresponding weights.
- One (1) invoice from STERLING to Sundancer Jewelry.
- One (1) business card for Nader KHALAF. The business card reads, "A Division of Sterling Islands Inc., Turquoise Outlet." The card lists KHALAF as General Manager with an email of info@sterlingislands.com and a web address of www.TurquoiseOutlet.com. Additionally, the physical address listed is the same as STERLING.
- One (1) January 20, 2014, email from Turquoise Outlet to Charles Cordero at finetreasure@finetreasure.net. The email states that a shipment has been scheduled.
- One (1) partial envelope addressed to STERLING from:
    R. Bruce Hoffman
    P.A., Certified Public Accountant
    925-A Mt. Hermon Road
    Salisbury, MD 21804
    (410) 546-0555

Form 3-300B
(Rev. 01/25/2012)

Exhibit E

U.S. v. Jawad Khalaf, et al.

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**Title: AL ZUNI**

### JOGS Show Purchase of Evidence

On February 7, 2014, SA Stanford attended the JOGS Gem and Mineral Show in Tucson, Arizona. AL ZUNI GLOBAL JEWELRY (AL ZUNI) was one of the businesses listed as an exhibitor at the show. SA Stanford visited the booth where AL ZUNI was located and observed several cases and racks of Native American style jewelry and what SA Stanford recognized as jewelry consistent with that which has been imported by STERLING. SA Stanford walked around the booth for several minutes looking at various pieces of jewelry. SA Stanford obtained the following information while inside the AL ZUNI booth from Baker LNU:

- Baker LNU (a salesperson at the booth) told SA Stanford that some of the jewelry in the booth was native made and some was non-native made. The non-native made jewelry is made in the Philippines. Baker LNU told SA Stanford that he could identify the imported jewelry because they all had cards attached to the boxes in which the jewelry was contained.

SA Stanford purchased one (1) pendant with the initials, "A.A," and one (1) ring with the initials, "C.K." (*Agent's Note*: SA Stanford purchased these items as he recognized them as STERLING imports and they did not have cards attached to the boxes where they were found.) (See attachment #2, copies of photographs)

When SA Stanford purchased the items he asked Baker LNU for the identity of the artist who made the items. Baker LNU told SA Stanford that the items were imported. (*Agent's Note*: SA Stanford also noted that AL ZUNI was selling various pieces of jewelry attributed to Effie Calavaza. This is documented under INV #2014200639.)

### STERLING Trash Cover

On February 25, 2014, at approximately 0500 hours, SA Stanford performed a trash cover at STERLING. Among the items recovered from the dumpster, located in the rear of the building, are the following (See attachment # 3, copies of recovered documents):

- One (1) confidentiality agreement, dated February 12,2014, between Nader KHALAF and Alberto Zambelli. The document had been signed by KHALAF, but had not been signed by Zambelli. The document describes an agreement in which:
  - KHALAF will not disclose Zambelli's name.
  - Zambelli agrees that all designs sold to KHALAF are of ZAMBELLI's Creation.
  - All designs sold to KHALAF by Zambelli will be the property of KHALAF.

Form 3-300B
(Rev. 01/25/2012)

U.S. v. Jawad Khalaf, et al.

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**Title: AL ZUNI**

INV #: 2012204455

Report #: 009

o Zambelli agrees to keep all designs and instructions KHALAF shares with Zambelli in strict confidence.
- One (1) cardboard box, which had been wrapped in silver tape. The box was from FA4U and addressed to:

  Sheda KHALAF
  STERLING ISLANDS
  7107 Greenmont Court NE
  Albuquerque, NM 87109
  Tel #: 1-505-369-8810

**GALLERY 8 Purchase of Evidence**

(***Agent's Note***: This purchase of evidence was recorded on both video and audio by SA Stanford. SA Stanford was wearing a ring that had been covertly marked and subsequently purchased from GALLERY 8, on November 26, 2012. See R005 for documentation.)

On February 26, 2014, SA Stanford and USFWS SA Tamara Kurey visited GALLERY 8 and GALLERIA AZUL in a covert manner. The following information was obtained during the visit:

- Christina LNU was working at GALLERY 8.
- SA Stanford referenced a previous visit in which SA Stanford said he would be making a larger purchase for his family's jewelry business. Christina LNU remembered and told SA Stanford and SA Kurey to pick out the items they were interested in and then she would call Nael ALI and, "take care of it."
- SA Stanford observed jewelry offered for sale in the store that was consistent with that which has been imported by STERLING in the past.
- SA Stanford showed Christina LNU a ring that he was wearing and asked if they had any more in stock. Christina LNU said that she only had a similar type in stock, but not the same one. SA Stanford asked if GALLERY 8 could contact the artist to get more produced. Christina LNU said they could contact the artist and see if that would be possible.
- Christina LNU told the SAs that all of the jewelry in the store was Navajo with the exception of three (3) pieces which Christina LNU said were Zuni made.
- Christina LNU contacted Tessa LNU at GALLERIA AZUL via video phone to have her check the store for a particular style of ring. (***Agent's Note***: GALLERIA AZUL is located within a short walk of GALLERY 8.)
- SA Stanford asked about other "Calvin Kee" rings that they had in the store. Christina LNU told SA Stanford that they did have some other "Calvin" rings.

Page 4 of 9

U.S. v. Jawad Khalaf, et al.

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**INV #: 2012204455**

**Title: AL ZUNI**

**Report #: 009**

- Christina LNU said GALLERY 8 had been in business for eleven (11) years and GALLERIA AZUL has been in business for three (3) years.
- Christina LNU showed SA Kurey a ring. SA Kurey asked if the ring was made by Calvin. Christina LNU looked at the hallmark on the ring and told SA Kurey it was, "Yazzie."
- Tessa LNU entered GALLERY 8 and Christina LNU asked Tessa LNU to pull all of the "Calvin Kee" jewelry.
- Christina LNU said she would call ALI to determine final pricing on the jewelry.
- Christina LNU said she would take pictures of the items purchased by SA Stanford to attach to their business email for future reference.
- Christina LNU said she would have ALI get a hold of "Calvin Kee" to see about getting more jewelry. Christina LNU said that Calvin Kee is supposed to only supply GALLERY 8.
- Christina LNU showed the SAs a butterfly ring which was also made by "Calvin Kee."
- Christina LNU told the SAs about some of the other artists that they carry including, "Leonard Yazzie" and "Robin Yazzie."
- SA Stanford and SA Kurey walked over to GALLERIA AZUL and met with Tessa LNU. While in the store, SA Stanford observed an alarm system and computer. In addition, SA Stanford observed jewelry, pottery, and paintings for sale. The jewelry was consistent with that which is imported by STERLING.
- Tessa LNU told the SAs that all of the jewelry was Navajo.
- SA Kurey asked for a list of artists and the corresponding initials. Tessa LNU told the SAs that she had a list and could make a copy. Additionally, Tessa LNU made the following statements regarding artists' names and initials:
  - "Sometimes I forget and make stuff up. I know that's bad."
  - "We make it up. I'm not gonna lie ... You guys are in the business, you have to understand." (**Agent's Note**: This statement was made in response to SA Kurey's question about what they do when artists have the same initials.)
  - "It is all handmade ... I'm not lying about that..."
  - "It's all locally made."
- SA Kurey and SA Stanford returned to GALLERY 8.
- Tessa LNU came over to GALLERY 8 and gave SA Stanford the list of artists (See attachment # 4, copy of artist list).
- Christina LNU told the SAs that they have a third shop, called GALLERIA AZUL, in Scottsdale, Arizona. The shop is located at 5th and Main.
- Christina LNU told the SAs that she spoke to ALI and she would take a photograph of the "Calvin Kee" ring and get more made.
- Christina LNU called Nael ALI using the wireless telephone in the store. After getting

Page 5 of 9

Form 3-300B
(Rev. 01/25/2012)

U.S. v. Jawad Khalaf, et al.

00728

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

**REPORT OF INVESTIGATION**  **INV #: 2012204455**
**Title: AL ZUNI**  **Report #: 009**

off the telephone, Christina LNU told the SAs that ALI said they would get the other rings and he would get a in touch with the artist, "Calvin Kee."

- SA Kurey asked for a key to the symbols on some of the rings.
- Christina LNU told the SAs that the feather symbol is for the Yazzie family.
- Christina LNU told the SAs that there are two (2) different Begays. Calvin Begay is a very well-known artist and his cousins also make jewelry. The cousins use the raincloud symbol. Christina LNU went on to say that they just say Begay because Calvin Begay is known all over the world.
- Christina LNU said "A.A." corresponds to Juan Armas.
- Christina LNU said the Yucca symbol corresponds to Ardale.
- Christina LNU said "O.Y." corresponds to Olivia Yazzie.
- SA Stanford wrote the information regarding the artists' initials/symbols on the back of the list of artists given to SA Stanford by Tessa LNU.
- SA Stanford observed Christina LNU using a computer in the back room of the store. Christina LNU said she was using it to pull up the artists' names.
- Christina LNU could not find all of the names corresponding to the initials on the rings so she said she might be able to get ALI's password and go over to ALI's computer and get more of the names that way. (*Agent's Note*: SA Stanford took this to mean that ALI's computer was located in the other store, GALLERIA AZUL.)
- Christina LNU said "Calvin Kee" was born in 1964.
- Christina LNU took photographs of the ring, using her cell phone, that SA Stanford brought in with him.
- SA Stanford ordered ten (10) copies of the ring that Christina LNU photographed and ten (10) additional "Calvin Kee" rings. Christina LNU wrote the order down in a book.
- Christina LNU told the SAs that they use FedEx to ship jewelry and asked for the address to ship them too. Christina LNU asked for the business name as the accountant would ask for it. Christina LNU told the SAs that they would pay for the order when it was delivered to the store.
- SA Kurey gave Christina LNU $1200 in cash towards the total amount owed of $1116 for the purchase of the following items (See attachment #5, copies of photographs):

  o Five (5) rings with "C.K." initials.
  o One (1) ring with a Yucca symbol.
  o One (1) ring with "N.B." initials.
  o One (1) ring with "O.Y." initials.
  o Three (3) rings with raincloud symbols.
  o One (1) ring with a feather symbol.

Form 3-300B
(Rev. 01/25/2012)

U.S. v. Jawad Khalaf, et al.  00729

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

- Christina LNU said she did not have the exact change so she gave SA Kurey $85 in change.
- Christina LNU said that it would take at least three (3) weeks for the rings from "Calvin Kee."

## DESCRIPTION OF SUBJECTS

The following new subjects have been identified:

LNU, Baker
D.B.A. AL ZUNI

LNU, Christina

LNU, Tessa

The following subjects have been previously identified:

AL ZUNI – see R001

ALI, Nael – see R005
D.B.A. GALLERY 8 / GALLERIZ AZUL

FASHION ACCESSORIES 4 U CORP – see R002

KALIFANO INC. – See R001

KHALAF, Jawad – see R002

KHALAF, Nader – see R001

KHALAF, Sheda – see R001

STERLING ISLANDS / NATIONAL JEWELRY BUYERS – see R002

## PRIOR VIOLATIONS

None to document as not enough information has been obtained regarding the new subjects.

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**INV #: 2012204455**

**Title: AL ZUNI**

**Report #: 009**

## WITNESSES

Special Agent Russell Stanford
U.S. Fish and Wildlife Service
Office of Law Enforcement
4901 Paseo del Norte NE, Suite D
Albuquerque, NM 87113

Special Agent Tamara Kurey
U.S. Fish and Wildlife Service
Office of Law Enforcement
57 Paseo de Yucatan
Rio Rico, AZ 85648

## LAWS VIOLATED

On February 26, 2014, within the District of New Mexico, GALLERY 8 did display for sale and sell products, in a manner that falsely suggests they were Indian produced, in violation of the regulations of the United States, specifically 18 USC 1159 (a).

## EVIDENCE

All evidence listed below is being held at the OLE in Albuquerque, New Mexico:

1. Documents recovered from trash run, assigned Seizure Tag 886768.
2. Two (2) rings, assigned Seizure Tag 763425.
3. Documents recovered from trash run, assigned Seizure Tag 730232.
4. Twelve (12) rings and one (1) document, assigned Seizure Tag 886946.

**Audio Recordings/Video Recordings/Photographs Created by Law Enforcement:**

**Audio Recording**

1. MP3 digital recording file titled, "140226_002.mp3," stored at the USFW/OLE in Albuquerque, New Mexico.

Form 3-300B
(Rev. 01/25/2012)

This document contains neither recommendations nor conclusions of the Office of Law Enforcement, U.S. Fish and Wildlife Service. It is the property of this office and is loaned to your agency. It, and its contents, are not to be distributed outside of your agency.

# REPORT OF INVESTIGATION

**INV #: 2012204455**

**Title: AL ZUNI**

**Report #: 009**

## Video Recording

1.  MP3 digital recording file titled, "140226_002.mp3," stored at the USFWS/OLE in Albuquerque, New Mexico.

## Photographs

The photographs listed below are stored at the USFWS/OLE in Albuquerque, New Mexico:

1.  One (1) jpeg file titled, "20140724_091713.jpg"
2.  One (1) jpeg file titled, "20140724_091724.jpg"
3.  One (1) jpeg file titled, "20140724_091628.jpg"
4.  One (1) jpeg file titled, "20140724_091601.jpg"
5.  One (1) jpeg file titled, "20140724_091525.jpg"
6.  One (1) jpeg file titled, "20140724_091324.jpg"

## Evidence Maintained by Another Agency:

None documented at this time.

## <u>ATTACHMENTS</u>

1.  Copies of recovered documents (15 pages).
2.  Copies of photographs (2 pages).
3.  Copies of recovered documents (1 page).
4.  Copy of artist list (2 pages).
5.  Copies of photographs (4 pages).

Form 3-300B
(Rev. 01/25/2012)

FASHION ACCESSORIES 4 U CORP.
STATEMENT OF CASHFLOWS
FOR THE MONTH OF DECEMBER, 2013

|  | PHP | USD |
|---|---|---|
| Cash in Bank as of October 31, 2013 (MBTC - Basak) | (320,893.55) | $ 21,240.00 |

**CURRENCY TRANSFERS**

| | PHP | USD |
|---|---|---|
| Currency Transfer from $ acct. - $15,000 @ 43.62 (12/02/13) | 654,300.00 | $ (15,000.00) |
| Currency Transfer from $ acct. - $40,000 @ 43.83 (12/06/13) | 1,753,200.00 | $ (40,000.00) |
| Currency Transfer from $ acct. - $60,000 @ 43.95 (12/09/13) | 2,637,000.00 | $ (60,000.00) |
| Currency Transfer from $ acct. - $32,000 @ 44.11 (12/17/13) | 1,411,520.00 | $ (32,000.00) |

**DEPOSITS**

| | USD |
|---|---|
| Incoming Wire from Sterling Island 12-02-13 (inv# 371 ) | $ 37,453.40 |
| Incoming Wire from Sterling Island 12-04-13 (inv# 372-373 ) | $ 66,181.00 |
| Incoming Wire from Sterling Island 12-10-13 (inv# 374-375 ) | $ 82,131.40 |

| | PHP | USD |
|---|---|---|
| Total Cash in Bank (MBTC - Basak) | 6,135,126.45 | $ 60,005.80 |

Less: Released Checks

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **PAYROLL /REMITTANCES** | | | | | | | 1,358,226.58 |
| MBTC PAYROLL | PAYROLL FOR 11/16-30/13 | 12.2.13 | 300 | 2361088060 | 2-Dec | 1,077,775.98 | |
| PAGIBIG FUND | CONTRI ANG LOAN FOR NC | 12.3.13 | 306 | 2361086782 | 5-Dec | 45,551.91 | |
| PHILHEALTH | CONTRI FOR NOVEMEBR | 12.3.13 | 304 | 2361086743 | 5-Dec | 32,625.00 | |
| BIR | EXPANDED FOR NOVEMBE | 12.4.13 | 308 | 2361088068 | 5-Dec | 8,636.41 | |
| BIR | COMPENSATION NOVEMEI | 12.3.13 | 307 | 2361088067 | 5-Dec | 16,111.83 | |
| SSS | CONTRIBUTION FOR NOVE | 12.3.13 | 305 | 2361086790 | 5-Dec | 158,428.00 | |
| SSS | LOANS FOR NOVEMBER | 12.3.13 | 305 | 2361086790 | 5-Dec | 19,097.45 | |

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **RENT** | | | | | | | 157,500.00 |
| JOHNNY WANG | BUILDING RENTAL | 12.3.13 | 303 | 2361088054 | 5-Dec | 157,500.00 | |

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **UTILITY** | | | | | | | 118,203.36 |
| JOHNNY WANG | ELECTRICITY CONSUMTION | 12.3.13 | 295 | 2361088054 | 5-Dec | 118,203.36 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TELEPHONE / INTERNET** | | | | | | | - |

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **JANITORIAL SERVICES/SECURITY SERVICES** | | | | | | | 17,000.00 |
| JOHNNY WANG | SECURITY SERVICES | 12.3.13 | 302 | 2361088054 | 5-Dec | 17,000.00 | |

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT | |
|---|---|---|---|---|---|---|---|
| **SHIPPING / BROKERAGE** | | | | | | | 186,506.52 |
| GLOBAL CARRIER | BROKERAGE | 12.5.13 | 311 | 2361088062 | 5-Dec | 146,000.00 | |
| UPS | FRIEGHT CHARGES | 12.5.13 | 310 | 2361088050 | 5-Dec | 40,506.52 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RETA | SIONAL FEE | | | | | | - |

U.S. v. Jawad Khalaf, et al.

## SUPPLIES/EQUIPMENT — 66,730.

| | | | | | | |
|---|---|---|---|---|---|---|
| E-INK | OFFICE SUPPLIES | 11.22.13 | 296 | 2361088047 | 5-Dec | 6,330.00 |
| C CH TRADING | PROD SUPPLIES | 12.7.13 | 313 | 2361088045 | 7-Dec | 9,400.00 |
| PEM MARKETING | 30 BAGS INV POWDER | 12.12.13 | 301 | 2361088021 | 12-Dec | 51,000.00 |

## SILVER / ALLOY / OPAL / SHELLS / HEISHE — 273,091.50

| | | CV D8 | cv# | check# | CHK D8 | AMOUNT |
|---|---|---|---|---|---|---|
| Phil_japan | 60000 grams silver | 11.15.13 | 2013-0294 | 2361088083 | 18-Dec | 1,727,649.00 |
| Phil_japan | 10000 grams silver | 12.9.13 | 2013-0314 | 2361088088 | 9-Dec | 273,091.50 |

## MISCELLANEOUS-MICHELLE PETTY CASH — -

## SSS BENEFIT — -

## STAFFHOUSE & UTILITY (MR. JOE'S CONDO) — 9,425.92

| | | | | | | |
|---|---|---|---|---|---|---|
| PLDT | JOE'S CONDO INTERNET | 12.5.13 | 312 | 2361088094 | 5-Dec | 6,544.00 |
| VECO | JOE'S CONDO ELECTRIC | 12.5.13 | 309 | 2361086796 | 5-Dec | 2,881.92 |

## HOTEL / AIRFARE — -

## TAXES & LICENSES — -

## OTHERS — -

| | | | | |
|---|---|---|---|---|
| ACPL Exports | | | $ | - |
| TOTAL CHECKS DISBURSEMENTS AS OF | 12/17/2013 | 2,186,683.88 | $ | - |
| LESS: BANK CHARGES | | | | |
| TOTAL BANK CHARGES | | - | $ | - |
| ADD: INTEREST | | | $ | 0.84 |
| ENDING BANK BALANCE AS OF | 12/17/2013 | 3,948,442.57 | $ | 60,006.64 |
| | | 3,948,442.57 | | |

FASHION ACCESSORIES 4 U CORPORATION
#888 TABOK, MANDAUE CITY
TIN : 006-585-947-0000
FOR THE YEAR 2013

| DATE | PAYEES | CV# | | CHECK NO. | CIB-METROBANK |
|------|--------|-----|---|-----------|---------------|
| **J A N U A R Y** | | | | | |
| 1.7.2013 | JOHNNY WANG | 2013-0001 | MBTC | 2361086574 | 157,500.00 |
| 1.7.2013 | JOHNNY WANG | 2013-0002 | MBTC | 2361086536 | 25,500.00 |
| 1.7.2013 | JOHNNY WANG | 2013-0003 | MBTC | 2361086573 | 116,608.60 |
| 1.7.2013 | PLDT | 2013-0004 | MBTC | 2361086575 | 2,912.00 |
| 1.7.2013 | JAWAD T. KHALF | 2013-0005 | MBTC | 2361086576 | 4,979.79 |
| 1.8.2013 | E-INK PLUS | 2013-0006 | MBTC | 2361086527 | 5,380.00 |
| 1.8.2013 | PAGIBIG-FUND | 2013-0007 | MBTC | 2361087884 | 30,400.00 |
| 1.8.2013 | PAGIBIG-FUND | 2013-0008 | MBTC | 2361087885 | 9,128.01 |
| 1.8.2013 | PHILHEALTH | 2013-0009 | MBTC | 2361087882 | 15,350.00 |
| 1.8.2013 | SSS | 2013-0010 | MBTC | 2361087968 | 6,464.06 |
| 1.8.2013 | SSS | 2013-0011 | MBTC | 2361087967 | 88,880.00 |
| 1.8.2013 | BIR 1601E | 2013-0012 | MBTC | 2361086577 | 8,462.94 |
| 1.8.2013 | BIR 0605 | 2013-0013 | MBTC | 2361086578 | 500.00 |
| 1.8.2013 | PHIL_JAPAN | 2013-0014 | MBTC | 2361087949 | 1,181,852.10 |
| 1.8.2013 | GLOBAL CARRIER | 2013-0015 | MBTC | 2361086551 | 138,500.00 |
| 1.10.2013 | PLDT | 2013-0016 | MBTC | 2361086580 | 6,724.61 |
| 1.10.2013 | UPS | 2013-0017 | MBTC | 2361086540 | 73,641.78 |
| 1.10.2013 | PHIL_JAPAN | 2013-0018 | MBTC | 2361087950 | 395,109.00 |
| 1.14.2013 | MANDAUE CITY TREASURER | 2013-0020 | MBTC | 2361086581 | 47,413.35 |
| 1.14.2013 | MANDAUE CITY TREASURER | 2013-0021 | MBTC | 2361086582 | 10,500.00 |
| 1.16.2013 | MBTC PAYROLL | 2013-0022 | MBTC | 2361086595 | 695,780.90 |
| 1.17.2013 | BAYANTEL | 2013-0023 | MBTC | 2361086600 | 5,599.00 |
| 1.22.2013 | PHIL_JAPAN | 2013-0025 | MBTC | 2361086584 | 2,071,723.50 |
| 1.23.2013 | MANDAUE CITY TREASURER | 2013-0026 | MBTC | 2361086590 | 15,518.00 |
| 1.29.2013 | JAWAD T. KHALF | 2013-0027 | MBTC | 2361087998 | 3,146.44 |
| 1.29.2013 | ACTUS MARKETING | 2013-0028 | MBTC | 2361086519 | 10,000.00 |
| 1.30.2013 | CEBU BELMONT HARDWARE | 2013-0029 | MBTC | 2361086507 | 6,312.50 |
| 1.30.2013 | CEBU BELMONT HARDWARE | 2013-0030 | MBTC | 2361086508 | 9,999.75 |
| 2.1.2013 | MBTC PAYROLL | 2013-0031 | MBTC | 2361086509 | 691,132.48 |
| 2.1.2013 | MICHELLE DAGO-OC | 2013-0032 | MBTC | 2361086785 | 200000 |
| | | | | | 6,035,018.81 |
| **F E B R U A R Y** | | | | | |
| 2.4.2013 | SSS | 2013-0033 | MBTC | 2361086592 | 144,956.00 |
| 2.4.2013 | SSS | 2013-0034 | MBTC | 2361086591 | 12,803.09 |
| 2.4.2013 | PAG-IBIG FUND | 2013-0035 | MBTC | 2361087982 | 49,557.19 |
| 2.4.2013 | PHIL. HEALTH | 2013-0036 | MBTC | 2361087973 | 30,425.00 |
| 2.4.2013 | BIR 1601C | 2013-0037 | MBTC | 2361086813 | 33,783.55 |
| 2.4.2013 | BIR 1601E | 2013-0038 | MBTC | 2361086812 | 12,060.06 |
| 2.5.2013 | JOHNNY WANG | 2013-0039 | MBTC | 2361089805 | 157,500.00 |
| 2.5.2013 | JOHNNY WANG | 2013-0040 | MBTC | 2361086807 | 68,267.84 |
| 2.5.2013 | JOHNNY WANG | 2013-0041 | MBTC | 2361086808 | 8,500.00 |
| 2.5.2013 | PLDT | 2013-0042 | MBTC | 2361086802 | 2,912.00 |
| 2.6.2013 | PLDT | 2013-0043 | MBTC | 2361086801 | 4,886.44 |
| 2.12.2013 | PHIL_JAPAN | 2013-0044 | MBTC | 2361087951 | 1,222,481.70 |
| 2.13.2013 | BAYANTEL | 2013-0045 | MBTC | 2361086599 | 5,599.00 |
| 2.15.2013 | MBTC_PAYROLL | 2013-0046 | MBTC | 2361087961 | 789,173.27 |
| 2.18.2013 | ACTUS MARKETING | 2013-0047 | MBTC | 2361086520 | 10,000.00 |
| 2.21.2013 | UPS | 2013-0048 | MBTC | 2361086541 | 32,412.68 |

U.S. v. Jawad Khalaf, et al.　　　　00735

| Date | Payee | Voucher | Bank | Account | Amount |
|---|---|---|---|---|---|
| 2.21.2013 | GLOBAL CARRIER | 2013-0049 | MBTC | 2361086552 | 96,000.00 |
| 2.22.2013 | PHIL_JAPAN | 2013-0050 | MBTC | 2361087953 | 1,855,507.51 |
| 2.23.2013 | JOHNNY WANG | 2013-0051 | MBTC | 2361086809 | 12,331.20 |
| 2.25.2013 | CCH TRADING | 2013-0052 | MBTC | 2361086821 | 10,000.00 |
| 2.28.13 | MBTC_PAYROLL | 2013-0053 | MBTC | 2361086596 | 705,749.45 |
| 2.28.13 | PLDT | 2013-0054 | MBTC | 2361086803 | 2,912.00 |
| | | | | | 5,267,827.98 |

### MARCH

| Date | Payee | Voucher | Bank | Account | Amount |
|---|---|---|---|---|---|
| 2.28.2013 | JOHNNY WANG | 2013-0055 | MBTC | 2361086822 | 25,500.00 |
| 2.28.2013 | JOHNNY WANG | 2013-0056 | MBTC | 2361086822 | 91,018.58 |
| 2.28.2013 | JOHNNY WANG | 2013-0057 | MBTC | 2361086823 | 157,500.00 |
| 3.1.2013 | SSS | 2013-0058 | MBTC | 2361087970 | 153,002.00 |
| 3.2.2013 | SSS | 2013-0059 | MBTC | 2361087969 | 12,653.11 |
| 3.2.2013 | PAG-IBIG | 2013-0060 | MBTC | 2361087983 | 19,748.24 |
| 3.2.2013 | PAG-IBIG | 2013-0061 | MBTC | 2361087983 | 33,200.00 |
| 3.2.2013 | PHIL. HEALTH | 2013-0062 | MBTC | 2361087974 | 31,775.00 |
| 3.2.2013 | BIR | 2013-0063 | MBTC | 2361086816 | 20,818.83 |
| 3.2.2013 | BIR | 2013-0064 | MBTC | 2361086815 | 16,358.70 |
| 3.5.2013 | PHIL_JAPAN | 2013-0065 | MBTC | 2361086585 | 1,113,750.00 |
| 3.6.2013 | ACTUS MARKETING | 2013-0066 | MBTC | 2361086521 | 5,000.00 |
| 3.6.2013 | BAYANTEL | 2013-0067 | MBTC | 2361086563 | 5,599.00 |
| 3.7.2013 | E-INK PLUS | 2013-0068 | MBTC | 2361086824 | 6,000.00 |
| 3.9.2013 | CEBU BELMONT | 2013-0069 | MBTC | 2361086511 | 6,496.00 |
| 3.9.2013 | CEBU BELMONT | 2013-0070 | MBTC | 2361086510 | 412.50 |
| 3.9.2013 | PLDT | 2013-0071 | MBTC | 2361086804 | 4,855.09 |
| 3.12.2013 | CBX CORP. | 2013-0072 | MBTC | 2361086825 | 24,800.00 |
| 3.14.2013 | E-INK PLUS | 2013-0073 | MBTC | 2361086827 | 2,307.01 |
| 3.15.2013 | PHIL_JAPAN | 2013-0074 | MBTC | 2361087954 | 372,438.00 |
| 3.16.2013 | MBTC PAYROLL | 2013-0075 | MBTC | 2361087954 | 1,035,518.19 |
| 3.16.2013 | TRISH DIAGNOSTICS | 2013-0075 | MBTC | 2361086828 | 19,630.00 |
| 3.19.2013 | ACTUS MARKETING | 2013-0076 | MBTC | 2361086522 | 5,000.00 |
| 3.26.2013 | GLOBAL CARRIER | 2013-0077 | MBTC | 2361086553 | 66,500.00 |
| 3.25.2013 | MICHELLE DAGO-OC | 2013-0079 | MBTC | 2361086874 | 200,000.00 |
| 3.22.2013 | E-INK PLUS | 2013-0078 | MBTC | 2361086751 | 2,532.00 |
| 3.26.2013 | MBTC PAYROLL | 2013-0080 | MBTC | 2361086598 | 646,799.45 |

| TOTAL CV | | | | | 4,079,212.70 |
|---|---|---|---|---|---|

### APRIL

| Date | Payee | Voucher | Bank | Account | Amount |
|---|---|---|---|---|---|
| 4.1.2013 | PHIL_JAPAN | 2013-0081 | MBTC-BASAK | 2361086586 | 1,841,400.00 |
| 4.2.2013 | PAG-IBIG FUND | 2013-0082 | MBTC-BASAK | 2361086846 | 20,477.79 |
| 4.2.2013 | PAG-IBIG FUND | 2013-0083 | MBTC-BASAK | 2361086846 | 33,000.00 |
| 4.2.2013 | SSS | 2013-0084 | MBTC-BASAK | 2361086593 | 15,499.31 |
| 4.2.2013 | SSS | 2013-0085 | MBTC-BASAK | 2361086594 | 152,200.00 |
| 4.2.2013 | PHIL. HEALTH | 2013-0086 | MBTC-BASAK | 2361086844 | 31,650.00 |
| 4.2.2013 | BIR | 2013-0087 | MBTC-BASAK | 2361086817 | 19,020.76 |
| 4.3.2013 | PEM MARKETING | 2013-0088 | MBTC-BASAK | 2361086875 | 2,500.00 |
| 4.3.2013 | BIR | 2013-0089 | MBTC-BASAK | 2361086814 | 12,853.50 |
| 4.4.213 | ACTUS MARKETING | 2013-0090 | MBTC-BASAK | 2361086523 | 10,000.00 |
| 4.4.2013 | VISAYAN ELEC. COMPANY | 2013-0091 | MBTC-BASAK | 2361086865 | 5,807.83 |
| 4.4.2013 | JOHNNY WANG | 2013-0092 | MBTC-BASAK | 2361086860 | 157,500.00 |
| 4.4.2013 | JOHNNY WANG | 2013-0093 | MBTC-BASAK | 2361086859 | 8,500.00 |
| 4.4.2013 | JOHNNY WANG | 2013-0094 | MBTC-BASAK | 2361086858 | 122,098.10 |
| 4.5.2013 | CEBU BELMONT | 2013-0095 | MBTC-BASAK | 2361086512 | 25,780.40 |
| 4.5.2013 | PLDT | 2013-0096 | MBTC-BASAK | 2361086867 | 2,912.00 |

| Date | Payee | CV No. | Bank | Account No. | Amount |
|---|---|---|---|---|---|
| 4.8.2013 | PHIL_JAPAN | 2013-0097 | MBTC-BASAK | 2361086829 | 357,607.80 |
| 4.10.2013 | BIR | 2013-0098 | MBTC-BASAK | 2361086836 | 119,605.76 |
| 4.10.2013 | E-INK PLIS | 2013-0099 | MBTC-BASAK | 2361086900 | 1,820.00 |
| 4.10.2013 | MICHAEL HERMOSADA | 2013-0100 | MBTC-BASAK | 2361086876 | 30,000.00 |
| 4.11.2013 | PLDT | 2013-0101 | MBTC-BASAK | 2361086868 | 5,825.83 |
| 4.11.2013 | PHIL_JAPAN | 2013-0102 | MBTC-BASAK | 2361086830 | 1,795,860.00 |
| 4.15.2013 | BAYAN TEL | 2013-0103 | MBTC-BASAK | 2361087786 | 5,599.00 |
| 4.16.2013 | MBTC PAYROLL | 2013-0104 | MBTC-BASAK | 2361086833 | 1,118,208.86 |
| 4.16.2013 | PHIL_JAPAN | 2013-0105 | MBTC-BASAK | 2361086831 | 1,464,457.50 |
| 4.16.2013 | MICHELLE DAGO-OC | 2013-0105 | MBTC-BASAK | 2361086877 | 200,000.00 |
| 4.16.2013 | UPS | 2013-0106 | MBTC-BASAK | 2361086542 | 146,312.11 |
| 4.18.2013 | MCTO | 2013-0107 | MBTC-BASAK | 2361086863 | 34,962.02 |
| 4.22.2013 | ACTUS MARKETING | 2013-0112 | MBTC-BASAK | 2361087903 | 10,000.00 |
| 4.24.2013 | CEBU BELMONT | 2013-0113 | MBTC-BASAK | 2361087894 | 12,630.00 |
| 4.25.2013 | PEM MARKETING | 2013-0114 | MBTC-BASAK | 2361087869 | 1,200.00 |
| 4.27.2013 | E-INK PLUS | 2013-0114 | MBTC-BASAK | 2361086855 | 1,690.00 |
| 4.30.2013 | MBTC PAYROLL | 2013-0115 | MBTC-BASAK | 2361086882 | 893,539.76 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CV APRIL** | | | | | **8,660,518.33** |

**M A Y**

| Date | Payee | CV No. | Bank | Account No. | Amount |
|---|---|---|---|---|---|
| 4.18.2013 | JOHNNY WANG | 2013-0108 | MBTC | 2361086895 | 17,000.00 |
| 4.18.2013 | JOHNNY WANG | 2013-0109 | MBTC | 2361086861 | 157,500.00 |
| 4.18.2013 | JOHNNY WANG | 2013-0110 | MBTC | 2361086862 | 123,732.43 |
| 5.6.2013 | PLDT | 2013-0116 | MBTC | 2361086869 | 2,912.00 |
| 5.6.13 | VECO | 2013-0117 | MBTC | 2361086865 | 4,633.01 |
| 5.6.2013 | BIR | 2013-0118 | MBTC | 2361086838 | 29,716.16 |
| 5.6.2013 | HDMF | 2013-0119 | MBTC | 2361087984 | 52,452.49 |
| 5.6.2013 | PHILHEALTH | 2013-0120 | MBTC | 2361087975 | 31,749.00 |
| 5.6.2013 | SSS | 2013-0121 | MBTC | 2361086841 | 152,638.00 |
| 5.6.2013 | SSS | 2013-0122 | MBTC | 2361086840 | 16,843.92 |
| 5.6.2013 | CBX | 2013-0123 | MBTC | 2361086845 | 24,800.00 |
| 5.7.2013 | BIR | 2013-0124 | MBTC | 2361086837 | 13,901.53 |
| 5.10.2013 | GLOBAL CARRIER | 2013-0125 | MBTC | 2361086887 | 102,411.50 |
| 5.8.2013 | MICHELLE DAGO-OC | 2013-0126 | MBTC | 2361086711 | 200,000.00 |
| 5.11.2013 | IDEAL HOME | 2013-0127 | MBTC | 2361086714 | 9,523.20 |
| 5.16.2013 | MBTC PAYROLL | 2013-0128 | MBTC | 2361086834 | 1,021,150.88 |
| 5.21.2013 | CEBU BELMONT | 2013-0129 | MBTC | 2361086848 | 9,734.50 |
| 5.21.2013 | PHIL_JAPAN | 2013-0130 | MBTC | 2361086726 | 1,424,610.00 |
| 5.23.2013 | BAYAN TEL | 2013-0131 | MBTC | 2361086871 | 5,599.00 |
| 5.24.2013 | ACTUS MARKETING | 2013-0132 | MBTC | 2361086850 | 10,000.00 |
| 5.27.2013 | PLDT | 2013-0134 | MBTC | 2361086870 | 5,059.30 |
| 5.28.2013 | CEBU BELMONT | 2013-0136 | MBTC | 2361086849 | 8,781.25 |
| 5.28.2013 | MICHELLE DAGO-OC | 2013-0135 | MBTC | 2361086741 | 200,000.00 |
| 5.29.2013 | BIR | 2013-0137 | MBTC | 2361086839 | 7,494.00 |
| 5.31.2013 | BIR | 2013-0138 | MBTC | 2361086717 | 1,000.00 |
| 5.31.2013 | PLDT | 2013-0139 | MBTC | 2361086703 | 2,912.00 |
| 5.31.2013 | MBTC PAYROLL | 2013-0140 | MBTC | 2361086730 | 1,005,803.49 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CV** | | | | | **4,641,957.66** |

**JUNE**

| Date | Payee | CV No. | Bank | Account No. | Amount |
|---|---|---|---|---|---|
| 6.5.2013 | PLDT | 2013-0141 | MBTC | 2361086704 | 4,224.34 |
| 6.5.2013 | VECO | 2013-0142 | MBTC | 2361086898 | 3,390.95 |
| 6.5.2013 | PAG-IBIG FUND | 2013-0143 | MBTC | 2361086847 | 19,215.85 |

U.S. v. Jawad Khalaf, et al.

00737

| Date | Payee | CV No. | Bank | Check No. | Amount |
|---|---|---|---|---|---|
| 6.5.2013 | PAG-IBIG FUND | 2013-0144 | MBTC | 2361086847 | 31,800.00 |
| 6.5.2013 | PHILHEALTH | 2013-0145 | MBTC | 2361086707 | 30,750.00 |
| 6.5.2013 | SSS | 2013-0146 | MBTC | 2361086842 | 152,638.00 |
| 6.5.2013 | SSS | 2013-0147 | MBTC | 2361086843 | 20,694.96 |
| 6.5.2013 | BIR | 2013-0147 | MBTC | 2361086892 | 28,009.69 |
| 6.5.2013 | BIR | 2013-0148 | MBTC | 2361086893 | 10,215.41 |
| 6.7.2013 | GLOBAL CARRIER | 2013-0149 | MBTC | 2361086554 | 63,000.00 |
| 6.10.2013 | JOHNNY WANG | 2013-0150 | MBTC | 2361086896 | 25,500.00 |
| 6.10.2013 | JOHNNY WANG | 2013-0151 | MBTC | 2361086734 | 157,500.00 |
| 6.10.2013 | JOHNNY WANG | 2013-0152 | MBTC | 2361086897 | 128,423.78 |
| 6.10.2013 | UPS | 2013-0153 | MBTC | 2361086738 | 97,921.41 |
| 6.17.2013 | MBTC PAYROLL | 2013-0155 | MBTC | 2361086731 | 1,001,453.47 |
| 6.19.2013 | PHIL_JAPAN | 2013-0156 | MBTC | 2361086727 | 1,497,721.50 |
| 6.24.2013 | PHI_JAPAN | 2013-0157 | MBTC | 2361086728 | 1,371,150.00 |
| 6.25.2013 | CBX | 2013-0158 | MBTC | 2361086702 | 24,800.00 |
| 6.27.2013 | GLOBAL CARRIER | 2013-0160 | MBTC | 2361086722 | 57,500.00 |
| 6.26.2013 | GLOBAL PAGODA CORP | 2013-0161 | MBTC | 2361086742 | 240,000.00 |
| 6.30.2013 | MBTC PAYROLL | 2013-0163 | MBTC | 2361087423 | 970,242.83 |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CV | | | | | 5,936,152.19 |

| JULY | | | | | |
|---|---|---|---|---|---|
| 6.26.13 | C CH TRADING | 2013-0159 | MBTC | 2361086772 | 5,000.00 |
| 6.28.13 | VECO | 2013-0162 | MBTC | 2361086899 | 2,791.84 |
| 7.03.13 | HDMF | 2013-0165 | MBTC | 2361087987 | 18,068.03 |
| 7.04.13 | HDMF | 2013-0166 | MBTC | 2361087987 | 32,000.00 |
| 7.03.13 | PHILHEALTH | 2013-0167 | MBTC | 2361087976 | 31,175.00 |
| 7.03.13 | SSS | 2013-0168 | MBTC | 2361086890 | 19,729.49 |
| 7.03.13 | SSS | 2013-0169 | MBTC | 2361086889 | 151,224.00 |
| 7.03.13 | PLDT | 2013-0170 | MBTC | 2361086757 | 2,912.00 |
| 7.03.13 | JOHNNY WANG | 2013-0171 | MBTC | 2361086760 | 17,000.00 |
| 7.03.13 | JOHNNY WANG | 2013-0172 | MBTC | 2361086761 | 157,500.00 |
| 7.03.13 | JOHNNY WANG | 2013-0173 | MBTC | 2361086759 | 119,676.14 |
| 7.04.13 | BIR | 2013-0174 | MBTC | 2361086894 | 7,645.99 |
| 7.04.13 | BIR | 2013-0175 | MBTC | 2361086713 | 26,323.89 |
| 7.04.13 | UPS | 2013-0176 | MBTC | 2361086587 | 36,398.37 |
| 7.10.13 | PHIL_JAPAN | 2013-0178 | MBTC | 2361086878 | 1,327,095.00 |
| 7.09.13 | PEM MARKETING | 2013-0176 | MBTC | 2361087868 | 5,900.00 |
| 7.01.13 | MICHELLE DAGO-OC | 2013-0177 | MBTC | 236108 | 100,000.00 |
| 7.15.13 | MANDAUE CITY HALL | 2013-0179 | MBTC | 2361086864 | 34,952.02 |
| 7.16.13 | MBTC PAYROLL | 2013-0180 | MBTC | 2361086747 | 1,130,892.13 |
| 7.16.13 | PHIL_JAPAN | 2013-0181 | MBTC | 2361086729 | 272,547.00 |
| 7.17.13 | PHIL_JAPAN | 2013-0182 | MBTC | 2361086879 | 137,520.90 |
| 7.17.13 | PLDT | 2013-0183 | MBTC | 2361086720 | 6,288.36 |
| 7.22.13 | NLRC,RAB VII CEBU CITY | 2013-0184 | MBTC | 2361086774 | 290,210.22 |
| 7.22.13 | E-INK PLUS | 2013-0185 | MBTC | 2361088025 | 6,320.00 |
| 7.22.13 | BAYAN TELECOMMUNICATIONS | 2013-0186 | MBTC | 2361086746 | 5,599.00 |
| 7.22.13 | PEM MARKETING | 2013-0187 | MBTC | 2361088019 | 5,900.00 |
| 7.22.13 | GLOBAL CARRIER | 2013-0188 | METC | 2361086852 | 99,500.00 |
| 7.24.13 | CEBU BELMONT | 2013-0190 | MBTC | 2361086776 | 29,808.00 |
| 7.25.13 | PHIL_JAPAN | 2013-0191 | MBTC | 2361086880 | 554,400.00 |
| 7.26.13 | CBX CORP. | 2013-0192 | MBTC | 2361088028 | 24,800.00 |
| 7.31.13 | PLDT | 2013-0193 | MBTC | 2361086758 | 2,912.00 |
| 7.31.13 | SASIS MINA | 2013-0194 | MBTC | | |

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CV | | | | | 4,662,099.38 |

U.S. v. Jawad Khalaf, et al.

| | | | | | |
|---|---|---|---|---|---|
| 8.1.13 | MBTC PAYROLL | 195 | MBTC-CNR | 2361086745 | 933,318.97 |
| 8.2.13 | PHIL_JAPAN | 197 | MBTC-CNR | 2361088013 | 1,343,925.00 |
| 8.5.13 | JOHNNY WANG | 198 | MBTC-CNR | 2361086735 | 17,000.00 |
| 8.5.13 | JOHNNY WANG | 199 | MBTC-CNR | 2361086737 | 130,931.86 |
| 8.5.13 | JOHNNY WANG | 200 | MBTC-CNR | 2361086736 | 157,500.00 |
| 8.5.13 | MICHELLE DAGOOC | 201 | MBTC-CNR | 2361086769 | 200,000.00 |
| 8.5.13 | PHILHEALTH | 202 | MBTC-CNR | 2361086708 | 31,525.00 |
| 8.6.13 | BIR | 203 | MBTC-CNR | 2361086753 | 10,667.02 |
| 8.6.13 | HDMF | 204 | MBTC-CNR | 2361086709 | 16,452.85 |
| 8.6.13 | HDMF | 205 | MBTC-CNR | 2361087986 | 32,600.00 |
| 8.6.13 | SSS | 206 | MBTC-CNR | 2361086716 | 154,374.00 |
| 8.6.13 | SSS | 207 | MBTC-CNR | 2361086715 | 23,836.62 |
| 8.6.13 | BIR | 208 | MBTC-CNR | 2361086754 | 23,739.87 |
| 8.8.13 | BAYAN TEL | 209 | MBTC-CNR | 2361086872 | 5,599.00 |
| 8.8.13 | VECO | 210 | MBTC-CNR | 2361086724 | 4,789.23 |
| 8.14.13 | PLDT | 211 | MBTC-CNR | 2361086721 | 7,134.95 |
| 8.14.13 | C CH TRADING | 212 | MBTC-CNR | 2361088022 | 14,500.00 |
| 8.14.13 | CEBU BELMONT | 213 | MBTC-CNR | 2361086706 | 8,011.00 |
| 8.16.13 | MBTC PAYROLL | 214 | MBTC-CNR | 2361086733 | 1,225,712.14 |
| 8.19.13 | UPS | 215 | MBTC-CNR | 2361086739 | 80,979.51 |
| 8.19.13 | GLOBAL CARRIER | 216 | MBTC-CNR | 2361086853 | 37,500.00 |
| 8.27.13 | BIR | 218 | MBTC-CNR | 2361088005 | 8,133.17 |
| 8.22.13 | ROSEMELIN DAGO-OC | 219 | MBTC-CNR | 2361088036 | 17,467.25 |
| 8.22.13 | ALLANBAGUIO | 220 | MBTC-CNR | 2361088035 | 1,921.13 |
| 8.27.13 | PHIL_JAPAN | 222 | MBTC-CNR | 2361086881 | 2,044,845.00 |
| 8.28.13 | VECO | 223 | MBTC-CNR | 2361086755 | 2,094.55 |

| | | |
|---|---|---|
| TOTAL CV | | 6,534,558.12 |

| | | | | | |
|---|---|---|---|---|---|
| 9.2.13 | MBTC PAYROLL | 224 | MBTC-CNR | 2361086884 | 1,301,570.12 |
| 9.2.13 | JOHNNY WANG | 225 | MBTC-CNR | 2361086762 | 157,500.00 |
| 9.2.13 | JOHNNY WANG | 226 | MBTC-CNR | 2361086764 | 17,000.00 |
| 9.2.13 | JOHNNY WANG | 227 | MBTC-CNR | 2361086763 | 123,346.08 |
| 9.2.13 | JOHNNY WANG | 228 | MBTC-CNR | 2361086765 | 28,653.51 |
| 9.2.13 | PLDT | 229 | MBTC-CNR | 2364086792 | 2,912.00 |
| 9.2.13 | GLOBAL CARRIER PHILS., INC | 230 | MBTC-CNR | 2361086723 | 67,000.00 |
| 9.3.13 | PHIL-JAPAN | 231 | MBTC-CNR | 2361088015 | 340,203.60 |
| 9.5.13 | SSS | 232 | MBTC-CNR | 2361086751 | 24,379.17 |
| 9.5.13 | HDMF | 233 | MBTC-CNR | 2361086719 | 18,276.61 |
| 9.5.13 | SSS | 234 | MBTC-CNR | 2361086752 | 164,178.00 |
| 9.5.13 | SSS | 235 | MBTC-CNR | 2361086710 | 34,400.00 |
| 9.5.13 | PHILHEALTH | 236 | MBTC-CNR | 2361086778 | 32,925.00 |
| 9.9.13 | BIR | 237 | MBTC-CNR | 2361088006 | 24,968.82 |
| 9.9.13 | PLDT | 238 | MBTC-CNR | 2361086793 | 4,924.02 |
| 9.9.13 | CEBU BELMONT | 239 | MBTC-CNR | 2361086777 | 15,727.00 |
| 9.10.13 | BIR | 240 | MBTC-CNR | 2361088007 | 9,401.72 |
| 9.12.13 | PHIL-JAPAN | 241 | MBTC-CNR | 2361088016 | 320,631.30 |
| 9.13.13 | PEM MARKETING | 242 | MBTC-CNR | 2361088020 | 6,000.00 |
| 9.13.13 | BAYAN TELECOMMUNICATIONS | 244 | MBTC-CNR | 2361088002 | 5,599.00 |
| 9.16.13 | MBTC PAYROLL | 245 | MBTC-CNR | 2361086748 | 1,073,584.31 |
| 9.19.13 | PHIL-JAPAN | 246 | MBTC-CNR | 2361088017 | 297,099.00 |
| 9.23.13 | CEBU BELMONT | 248 | MBTC-CNR | 2361098039 | 16,725.25 |

U.S. v. Jawad Khalaf, et al.

| Date | Payee | No. | Bank | Check No. | Amount |
|------|-------|-----|------|-----------|--------|
| 9.26.13 | PHIL-JAPAN | 249 | MBTC-CNR | 2361088070 | 602,514.00 |
| 9.26.13 | CEBU BELMONT | 250 | MBTC-CNR | 2361088038 | 22,110.25 |

| TOTAL CV | | | | | 4,711,628.76 |
|------|------|------|------|------|------|

## OCTOBER

| Date | Payee | No. | Bank | Check No. | Amount |
|------|-------|-----|------|-----------|--------|
| 9.30.13 | PLDT | 251 | MBTC-CNR | 2361088041 | 2,192.00 |
| 10.1.13 | MBTC PAYROLL | 252 | MBTC-CNR | 2361086749 | 817,632.01 |
| 10.1.13 | MICHELLE DAGO-OC | 253 | MBTC-CNR | 2361088076 | 200,000.00 |
| 10.2.13 | UPS | 254 | MBTC-CNR | 2361086588 | 95,799.08 |
| 10.2.13 | CEBU BELMONT | 255 | MBTC-CNR | 2361088040 | 8,056.25 |
| 10.2.13 | SSS | 256 | MBTC-CNR | 2361086787 | 162,160.00 |
| 10.2.13 | SSS | 257 | MBTC-CNR | 2361086786 | 25,029.58 |
| 10.2.13 | HDMF | 258 | MBTC-CNR | 2361086744 | 53,310.22 |
| 10.2.13 | PHILHEALTH | 259 | MBTC-CNR | 2361087977 | 33,300.00 |
| 10.2.13 | BIR | 260 | MBTC-CNR | 2361088008 | 7,786.78 |
| 10.4.13 | JOHNNY WANG | 261 | MBTC-CNR | 2361086800 | 17,000.00 |
| 10.4.13 | JOHNNY WANG | 262 | MBTC-CNR | 2361086799 | 157,500.00 |
| 10.4.13 | C CH TRADING | 263 | MBTC-CNR | 2361088024 | 2,500.00 |
| 10.5.13 | BIR | 264 | MBTC-CNR | 2361088009 | 10,003.76 |
| 10.7.13 | JOHNNY WANG | 265 | MBTC-CNR | 2361088001 | 133,711.50 |
| 10.9.13 | VECO | 267 | MBTC-CNR | 2361088074 | 3,234.64 |
| 10.9.13 | PHIL-JAPAN | 268 | MBTC-CNR | 2361088018 | 306,375.31 |
| 10.9.13 | PLDT | 269 | MBTC-CNR | 2361086794 | 4,774.29 |
| 10.9.13 | BAYANTEL | 270 | MBTC-CNR | 2361086873 | 5,599.00 |
| 10.11.13 | MBTC PAYROLL | 271 | MBTC-CNR | 2361088057 | 1,035,708.30 |
| 10.16.13 | PHIL-JAPAN | 272 | MBTC-CNR | 2361088071 | 1,462,923.00 |
| 10.16.13 | PHIL-JAPAN | 273 | MBTC-CNR | 2361088072 | 289,693.80 |
| 10.18.13 | PEM MARKETING | 273 | MBTC-CNR | 2361088043 | 3,150.00 |
| 10.19.13 | MANDAUE CITY TREASURER'S OI | 274 | MBTC-CNR | 2361088037 | 34,962.02 |
| 10.23.13 | PAÑARES, JEAN C | 275 | MBTC-CNR | 2361088080 | 981.00 |
| 10.24.13 | PHIL-JAPAN | 276 | MBTC-CNR | 2361088073 | 622,512.00 |
| 10.31.13 | MBTC PAYROLL | 277 | MBTC-CNR | 2361088058 | 854,468.83 |

| TOTAL CV | | | | | 6,350,363.37 |
|------|------|------|------|------|------|

## NOVEMBER

| Date | Payee | No. | Bank | Check No. | Amount |
|------|-------|-----|------|-----------|--------|
| 11.5.13 | BIR | 278 | MBTC-CNR | 2361088011 | 12,868.26 |
| 11.12.13 | HDMF | 279 | MBTC-CNR | 2361086781 | 51,013.65 |
| 11.5.13 | SSS | 280 | MBTC-CNR | 2361086789 | 158,428.00 |
| 11.5.13 | SSS | 281 | MBTC-CNR | 2361086788 | 21,255.33 |
| 11.5.13 | PHILHEALTH | 282 | MBTC-CNR | 2361086781 | 33,125.00 |
| 11.5.13 | JOHNNY WANG | 283 | MBTC-CNR | 2361088053 | 17,000.00 |
| 11.5.13 | JOHNNY WANG | 284 | MBTC-CNR | 2361088052 | 102,912.84 |
| 11.5.13 | JOHNNY WANG | 285 | MBTC-CNR | 2361088051 | 157,500.00 |
| 11.11.13 | VECO | 287 | MBTC-CNR | 2361086756 | 3,761.50 |
| 11.11.13 | PLDT | 288 | MBTC-CNR | 2361086795 | 6,443.25 |
| 11.11.13 | BIR | 289 | MBTC-CNR | 2361088010 | 8,636.41 |
| 11.12.13 | MICHELLE DAGO-OC | 290 | MBTC-CNR | 2361088081 | 200,000.00 |
| 11.13.13 | UPS | 291 | MBTC-CNR | 2361088049 | 42,137.15 |
| 11.13.13 | BAYANTEL | 292 | MBTC-CNR | 2361088003 | 5,599.00 |
| 11.13.13 | E-INK PLUS | 293 | MBTC-CNR | 2361088027 | 1,695.00 |

| | | | | | |
|---|---|---|---|---|---:|
| 11.15.13 | MBTC PAYROLL | 294 | MBTC-CNR | 2361088059 | 978,485.93 |
| 11.15.13 | PHIL-JAPAN | 294 | MBTC-CNR | 2361088083 | 1,727,549.00 |
| 11.21.13 | JOHNNY WANG | 295 | MBTC-CNR | 2361088054 | 118,203.36 |
| 11.25.13 | PHIL-JAPAN | 297 | MBTC-CNR | 2361088805 | 275,220.00 |
| 11.25.13 | BIR | 298 | MBTC-CNR | 2361088012 | 8,833.01 |

| | | | | | |
|---|---|---|---|---|---:|
| TOTAL CV | | | | | 3,930,766.69 |

| | | | | | |
|---|---|---|---|---|---:|
| DECEMBER | | | | | |
| 12.2.13 | MBTC PAYROLL | 300 | MBTC-CNR | 2361088023 | 1,077,775.98 |
| 12.12.13 | PEM MARKETING | 301 | MBTC-CNR | 2361088021 | 51,000.00 |
| 12.3.13 | JOHNNY WANG | 302 | MBTC-CNR | 2361088054 | 17,000.00 |
| 12.3.13 | JOHNNY WANG | 303 | MBTC-CNR | 2361088054 | 157,500.00 |
| 12.3.13 | PHILHEATLH | 304 | MBTC-CNR | 2361086743 | 32,625.00 |
| 12.3.13 | SSS | 305 | MBTC-CNR | 2361086790 | 177,525.45 |
| 12.3.13 | HDMF | 306 | MBTC-CNR | 2361086782 | 45,551.91 |
| 12.3.13 | BIR | 307 | MBTC-CNR | 2361088067 | 16,111.83 |
| 12.4.13 | BIR | 308 | MBTC-CNR | 2361088068 | 8,636.41 |
| 12.5.13 | VECO | 309 | MBTC-CNR | 2361086796 | 2,881.92 |
| 12.5.13 | UPS | 310 | MBTC-CNR | 2361088050 | 40,506.52 |
| 12.5.13 | GLOBAL CARRIER | 311 | MBTC-CNR | 2361088062 | 146,000.00 |
| 12.5.13 | PLDT | 312 | MBTC-CNR | 2361088094 | 6,544.00 |
| 12.17.13 | C CH TRADING | 313 | MBTC-CNR | 2361088045 | 9,400.00 |
| 12.19.13 | PHIL-JAPAN | 314 | MBTC-CNR | 2361088088 | 273,091.50 |
| 12.12.13 | BAYANTEL | 315 | MBTC-CNR | 2361088091 | 5,599.00 |
| 12.13.13 | E-INK PLUS | 316 | MBTC-CNR | 2361088097 | 6,000.00 |
| 12.18.13 | PLDT | 317 | MBTC-CNR | 2361088042 | 7,639.72 |
| 12.19.13 | MBTC PAYROLL | 318 | MBTC-CNR | 2361086885 | 3,085,539.12 |
| 12.19.13 | SSS | 319 | MBTC-CNR | 2361086791 | 176,020.10 |
| 12.19.13 | PHILHEALTH | 320 | MBTC-CNR | 2361086779 | 32,625.00 |
| 12.21.13 | HDMF | 321 | MBTC-CNR | 2361086783 | 46,224.49 |
| 12.19.13 | GLOBAL CARRIER | 322 | MBTC-CNR | 2361088063 | 23,000.00 |
| 12.19.13 | BIR | 323 | MBTC-CNR | 2361088069 | 12,150.00 |
| 12.19.13 | BIR | 324 | MBTC-CNR | 2361088092 | 12,085.36 |
| 12.19.13 | UPS | 325 | MBTC-CNR | 2361086765 | 53,181.59 |

| | | | | | |
|---|---|---|---|---|---:|
| TOTAL CV | | | | | 5,522,214.90 |

| | |
|---|---:|
| GRAND TOTAL 2013 | 66,332,318.89 |

U.S. v. Jawad Khalaf, et al.      00741

| invoice date | INVOICE # | TOTAL KILO |
|---|---|---|
| January 14, 2013 | 322 | 16907.7 |
| January 14, 2013 | 323 | 15370.0 |
| January 22, 2013 | 324 | 18576.2 |
| February 01, 2013 | 325 | 14162.1 |
| March 18, 2013 | 326 | 16500.4 |
| March 18, 2013 | 327 | 15278.2 |
| March 18, 2013 | 328 | 15405.4 |
| March 18, 2013 | 329 | 15445.0 |
| March 19, 2013 | 330 | 18555.7 |
| March 19, 2013 | 331 | 16332.8 |
| March 22, 2013 | 332 | 11207.9 |
| March 22, 2013 | 333 | 14246.6 |
| March 26, 2013 | 334 | 15669.3 |
| March 26, 2013 | 335 | 16004.3 |
| April 16, 2013 | 336 | 15316.4 |
| April 16, 2013 | 337 | 17232.1 |
| April 16, 2013 | 338 | 14685.7 |
| April 19, 2013 | 339 | 14330.2 |
| April 26, 2013 | 340 | 17895.5 |
| April 30, 2013 | 341 | 16683.4 |
| May 08, 2013 | 342 | 16279.2 |
| May 10, 2013 | 343 | 15980.0 |
| May 15, 2013 | 344 | 15968.3 |
| May 14, 2013 | 345 | SCULPTURE |
| May 21, 2013 | 346 | 13374.9 |
| May 23, 2013 | 347 | 15912.6 |
| May 25, 2013 | 348 | 14066.8 |
| June 14, 2013 | 349 | 12041.5 |
| June 04, 2013 | 350 | 14451.7 |
| June 11, 2013 | 351 | 20730.0 |
| June 20, 2013 | 352 | 15074.4 |
| June 25, 2013 | 353 | 11696.2 |
| June 28, 2013 | 354 | 15127.1 |
| June 30, 2013 | 355 | 10472.4 |
| June 30, 2013 | 356 | 12350.1 |
| July 09, 2013 | 357 | 11066.2 |
| July 12, 2013 | 358 | 13445.9 |
| July 17, 2013 | 359 | 15508.0 |
| July 23, 2013 | 360 | 20053.3 |
| July 27, 2013 | 361 | 15778.0 |
| July 31, 2013 | 362 | 12498.5 |
| August 05, 2013 | 363 | 11139.6 |
| August 12, 2013 | 364 | 12170.8 |
| August 13, 2013 | 365 | 13224.9 |
| August 20, 2013 | 366 | 16091.2 |
| August 22, 2013 | 367 | 17928.6 |
| August 23, 2013 | 368 | 16672.9 |
| | 369 | |
| | 370 | 14151.4 |

U.S. v. Jawad Khalaf, et al.

| Date | Number | Value | | |
|---|---|---|---|---|
| September 04, 2013 | 371 | 18609.2 | | |
| September 05, 2013 | 372 | 20652.0 | | |
| September 06, 2013 | 373 | 12196.0 | | |
| September 12, 2013 | 374 | 21389.0 | | |
| September 18, 2013 | 375 | 19434.2 | | |
| October 18, 2013 | 376 | 20601.8 | | |
| October 18, 2013 | 377 | 19524.1 | | |
| October 22, 2013 | 378 | 20811.1 | | |
| October 24, 2013 | 379 | shell earring | | |
| October 25, 2013 | 380 | 19791.5 | | |
| October 30, 2013 | 381 | 13787.2 | | |
| November 19, 2013 | 382 | 14565.0 | | |
| November 19, 2013 | 383 | 8520.0 | | |
| November 20, 2013 | 384 | SCULPTURE | | |
| November 26, 2013 | 385 | 22593.8 | | |
| December 11, 2013 | 386 | 17347.0 | | |
| December 11, 2013 | 387 | 17281.6 | | |
| December 13, 2013 | 388 | 16904.0 | | |
| December 13, 2013 | 389 | 17970.6 | | |
| December 18, 2013 | 390 | 12058.3 | 5470.0 | sculpture and shell |
| December 18, 2013 | 391 | 13106.1 | 4110.0 | sculpture and shell |
| December 20, 2013 | 392 | 8640.8 | 7050.0 | sculpture and shell |
| December 20, 2013 | 393 | 12305.7 | | |
| December 20, 2013 | 394 | 13869.5 | | |
| December 20, 2013 | 395 | 15437.7 | | |
| January 16, 2014 | inhouse | 17592.6 | | |

1119035.7

Sterling Islands

Sold to: Sundancer Jewelry (GSNM)

Invoice

| QTY | UNIT $ | TOTAL $ |
|---|---|---|
| 6 | $ 20.00 | $ 120.00 |
| 8 | $ 15.00 | $ 120.00 |
| 2 | $ 60.00 | $ 120.00 |
| 6 | $ 30.00 | $ 180.00 |
| 5 | $ 20.00 | $ 100.00 |
| 8 | $ 20.00 | $ 160.00 |
| 4 | $ 150.00 | $ 600.00 |
| 6 | $ 30.00 | $ 180.00 |
| 6 | $ 20.00 | $ 120.00 |
| 10 | $ 20.00 | $ 200.00 |
| 4 | $ 30.00 | $ 120.00 |
| 8 | $ 15.00 | $ 120.00 |
| 3 | $ 40.00 | $ 120.00 |
| 10 | $ 25.00 | $ 250.00 |
| 5 | $ 125.00 | $ 625.00 |
| 4 | $ 200.00 | $ 800.00 |
| 4 | $ 250.00 | $ 1,000.00 |
| 3 | $ 40.00 | $ 120.00 |
| 6 | $ 25.00 | $ 150.00 |
| 12 | $ 6.00 | $ 72.00 |
| 2 | $ 250.00 | $ 500.00 |
| 5 | $ 150.00 | $ 750.00 |
| 2 | $ 125.00 | $ 250.00 |
| 6 | $ 30.00 | $ 180.00 |
| 4 | $ 40.00 | $ 160.00 |
| 6 | $ 40.00 | $ 240.00 |
| 10 | $ 10.00 | $ 100.00 |
| 3 | $ 40.00 | $ 120.00 |
| 1 | $ 300.00 | $ 300.00 |
| 6 | $ 12.00 | $ 72.00 |
| 2 | $ 125.00 | $ 250.00 |
| 6 | $ 10.00 | $ 60.00 |
| 6 | $ 15.00 | $ 90.00 |
| 4 | $ 30.00 | $ 120.00 |
| 3 | $ 30.00 | $ 90.00 |
| 4 | $ 30.00 | $ 120.00 |
| 5 | $ 25.00 | $ 125.00 |
| 6 | $ 10.00 | $ 60.00 |
| 10 | $ 10.00 | $ 100.00 |
| 2 | $ 150.00 | $ 300.00 |



A Division of *Sterling Islands Inc.*

# TURQUOISE

**OUTLET**

**NADER KHALAF**
General Manager

Email: info@sterlingislands.com

Tel: 1-888-727-4377
1-505-369-8810
Fax: 1-505-213-8998

5815 Menaul Blvd NE, Ste B
Albuquerque, NM 87110 USA
www.TurquoiseOutlet.com

U.S. v. Jawad Khalaf, et al.

**Turquoise Outlet**

| | |
|---|---|
| **From:** | Turquoise Outlet <noreply@shippingeasy.com> |
| **Sent:** | Monday, January 20, 2014 2:35 PM |
| **To:** | finetreasure@finetreasure.net |
| **Subject:** | Turquoise Outlet has shipped your order! |



## Hello Charles Cordero,

Your shipment has been scheduled.

| Tracking: | **9405510200882053679657** |
|---|---|
| | *Please allow up to 24 hours for tracking updates to appear.* |
| Ship Date: | 2014-01-21 |
| Order: | 1111 |
| Shipping Method: | Priority Mail (2-3 days) |
| Shipped To: | Charles Cordero<br>PO Box 431<br>Carmel Valley, CA 93924 |

| Description | Qty | Price | Total |
|---|---|---|---|
| R10055 | 1 | 123.75 | 123.75 |
| R10086 | 1 | 129.75 | 129.75 |
| P05001 | 1 | 62.25 | 62.25 |
| B03036 | 1 | 110.25 | 110.25 |
| B03040 | 1 | 92.25 | 92.25 |
| B03033 | 1 | 129.00 | 129.00 |
| B03032 | 1 | 110.25 | 110.25 |
| P03003 | 1 | 42.00 | 42.00 |
| B03034 | 1 | 110.25 | 110.25 |
| E1454-C78 | 3 | 15.00 | 45.00 |



Liberty FOREVER
Freedom FOREVER
Justice FOREVER



R. BRUCE HOFFMAN, P.A.
CERTIFIED PUBLIC ACCOUNTANT
925-A MT. HERMON ROAD
SALISBURY, MD 21804
(410) 546-0555

CPA

TO:

sterling Islands Inc
lvd NE
M 87119

U.S. v. Jawad Khalaf, et al.                                                          00747



U.S. v. Jawad Khalaf, et al.                    00748



U.S. v. Jawad Khalaf, et al.                    00749

This **AGREEMENT** is made and entered into on <u>12-February-2014</u>, by and between Nader Khalaf ("Khalaf") and Alberto Zambelli ("Zambelli").

The Parties hereby agree as follows:

1. Khalaf agrees never to use or disclose Zambelli's name or identity in any form of media, including but not limited to internet, social networks, websites, magazines, or other.

2. Zambelli agrees that all designs sold to Khalaf are original designs of his own creation and are not the property of any other party(ies).

3. Zambelli agrees that all designs sold to Khalaf shall become the exclusive rights and property of Khalaf, and shall be kept strictly confidential and never disclosed or shared with any other party.

4. Zambelli agrees to keep all designs and instructions Khalaf shares with him in strict confidence.

5. Zambelli understands that upon receiving payment from Khalaf for any design(s), Zambelli shall release Khalaf from any claims or liabilities related to the design(s).

Other General Legal Clauses Agreed To:

A.  The obligations and limitations set forth herein regarding Confidential Information shall not apply to information which is at any time in the public domain, other than by a breach on the part of either party.

B.  In the event that either party shall breach this Agreement, or in the event that a breach appears to be imminent, the harmed party shall be entitled to all legal and equitable remedies afforded it by law, and in addition may recover all reasonable costs and attorneys' fees incurred in seeking such remedies. If the Confidential Information is sought by any third party, including by way of subpoena or other court process, the parties shall notify each other with sufficient time to permit the party to object to and, if necessary, seek court intervention to prevent the disclosure.

C.  The validity, construction and enforceability of this Agreement shall be governed in all the law of the State of New Mexico, United States of America. This Agreement may not be except in writing signed by a duly authorized representative of the respective Parties. This shall control in the event of a conflict with any other agreement between the Parties with subject matter hereof.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date first abo

Nader Khalaf ("Khalaf")                                X_____
                                                                        Albert Zambelli ("Zambelli")

U.S. v. Jawad Khalaf, et al.                                                                        00750

Gallery 8 / Galleria Azul Artists

Jewelry-

P.A. - Priscilla Apache - Navajo
A.J. Platero (Albert)  - Navajo
D. Delgrito (Dilbert)  - Navajo
Ronnie Willie (Nakai's Son-in-law) - Navajo
B.B. - Bonnie Benson (Nakai's Niece) - Navajo
Naomi Garcia (Bead work) - Navajo
Clarence Vandevar (Gallery 8 - 925 Jewelry mostly done by CV) - Navajo
D.N. - Dennis Nathaniel - Navajo
Y.E. - Yolanda Edwards - Navajo
B.W. - Bobby Willie (Corn-roll inlay) - Navajo
M.J. - Mike Jimenez (small bracelets) - Navajo
B.M. - Ben Mitchel - Navajo
P.W. - Paul Watson (Corn-roll necklaces) - Navajo
W.K. - Wayne Kenny - Navajo
Ardale Mahooty - Zuni
A.L. - Anthony Lopez - Navajo
ME - Michelle Edwards (Navajo)
Pottery

U.S. v. Jawad Khalaf, et al.

CK - Calvin Kee
OY - Olivia Yazzi
NE -

AA - Ivan Arvizo Armias
Father - Yazzi family
cloud - Begay
leaf
Yucca - will email the name



U.S. v. Jawad Khalaf, et al.



U.S. v. Jawad Khalaf, et al.



U.S. v. Jawad Khalaf, et al.



U.S. v. Jawad Khalaf, et al.