# MOSTAFA - CANTEEN UNDERCOVER PURCHASE TRANSCRIPT

Agent Curry ("A2") Tell me when.

Agent Stanford ("A"): Go ahead. November 24th 4:44 p.m. SA Stanford and SA A2 US Fish and Wildlife Service on a convert purchase – contact and purchase – at Al Zuni Jewelry in Gallup, New Mexico.

[no talking]

1:07:

A: There's a white and a black escalade, white panel Mercedes [inaudible] and a white Mercedes SUV all parked here.

Inside:

A: Hi, how's it going, good [other voice]

Z (Zaher): How are you alright?

A: Good you?

UF: Zaher!

Z: [inaudible] okay okay [inaudible name] hold on just a minute [inaudible]

A: Good, you?

A: You helped me before I was in here about a week and a half ago, I told you I'd be back,

Z: yes yes yes, thanks so much

A: I came back with a buyer

Z: With a buyer, a real buyer

A: So now we're serious,

Z: Good

A: What was your name again, I'm sorry

Z: Zaher

A: Zaher?

Z: Yes

A: [inaudible] likewise

A2: Amber

Z: Amber, Nice meeting you

Z: You want a tray, you want to look around?

A: Yes, let's get a tray.  Gonna um….[inaudible]

Z: You know my system or you want me to [inaudible]

A: No no, tell us

Z: Everything marked with sale price [inaudible] over a thousand dollars I give you a 10% discount,

A: Okay

Z: I carry all kinds of jewelry, Navajo, Zuni, overseas; gimme me just what you want to carry, or if you know you don't want to carry overseas, I make sure you don't carry overseas.

A: Okay.

Z: If you want to carry [inaudible] the difference between them I'll let you know.

A: Cool.

Z: I don't have much [interrupted]

A: Maybe we'll pick some stuff out and you can tell us.

Z: Yeah.

A: Is that cool?

Z: Yeah, sure.

A: We definitely wanted to pick up some Effie stuff.  Last time I told you…so you're cool…. She' s going to pick out what she thinks is gonna be, is gonna work for the east coast

Z: I have bracelets, I have necklaces, I have earrings, I have coins, all Effie [inaudible] [to A2 in response to inaudible question: yeah, necklaces too]

A: So I took those pictures and sent them back to sister, so the white and black for sure so now did you, you said we could maybe place an order for some more,

Z: Yes if you like, yeah, sure

A: She can figure out what she wants and we'll go from there

Z: Yeah, and the same if you take anything, if she has a phone she can take picture and text it to me, tell me I need more of these, more of these, more of these, I can make [inaudible]

A: That'll work

A2: That's easy

A: We'll cruise around a little bit

Z: [inaudible]

Z: Just walk around and if you need anything else, just let me know

A: Thank you I appreciate it.

A: That what the stuff I was telling you about, it's overwhelming,

A2: I know, I don't know where to start

[inaudible conversation between agents, walking around]

5:21

A: Yeah, that stuff works

A2: [inaudible]

A: Tell you what, lets make a round and see what we can get there [inaudible]

[inaudible background conversation throughout]

[inaudible talk between agents]

A: 165, that could work, that could work [inaudible]

A2: [inaudible]

A:  I think so [inaudible]

[whispering inaudible conversation between agents]

6:43

A: What's that? That's you right there.

A2: [laughing]

A: I think all the earrings and rings are over there….ah yeah, those were a big seller right, definitely going to need some of those, yeah

A2: [inaudible]  there's green eyes and there's red eyes

A: A couple of each

[semi-audible multilingual background conversation]

[inaudible conversation between agents]

A: Cheap for 10 bucks.

A2: [inaudible] of each?

A: Sure

UM: [inaudible] finding anything? [inaudible]

A: Yeah, yeah, she's finding stuff.

NK: How you doing?

A: Good, you

NK (Nash Khalaf): How are you?

NK: I haven't seen you in a while

A: Yeah, I was just sayin', I was here a week and a half ago, I told you I was going to be back, like I said I brought the buyer this time, [A2: hi], see if we can spend some money in your store

8:09

NK: the more you look, [A: the more you buy] the more you see the beauty

A: There we go

NK: [unintelligible] everybody agrees [unintelligible] like this lady look at earrings, you take them out, and just look that workmanship and the stones, [A: yeah] the more you look the more you see the beauty of every artist, how they design and all this jewelry is done by individual, [A: it's amazing], amazing, without no paper, without no [inaudible], without [unintelligible] [A: craftsmanship] nothing, just by eyes and hand, by eyes and [unintelligible]

A2: Talent

A: Yeah, I'd go blind

NK: I mean look at this art, I mean, everybody and you can tell from each stone it's different artist, all they have a little table, a little table and a little, and a, ya know, a guy with machines just that much, that's all that they got

A: And that's where they do the magic….Wow.

NK: Same thing here, see the stamp, and every stamp is a different [inaudible]

A: Some of these are great.

NK: [inaudible] different stamp different artist

A: Think that would sell?

[unintelligible between agents]

NK: [inaudible] you can see different sizes, [inaudible] this is heavy this is lighter [inaudible]

A: …..substantial,

A2: Yeah I like this one

NK: unique and [inaudible] you want quality [inaudible] for a man

A: Hmm,

A2: Would you wear it?

A: I'm not a big jewelry guy; If I was a jewelry guy I would

A2: But it doesn't look Native American, [inaudible] that's a plus for a lot of guys

A: Yeah

[pause in conversation/inaudible]

UM: Can I get you something to drink?

A: I'm good, yourself?

A2: Do you have water?

UM: Yeah, sure

A: No, I'm good, I'm good, thank you though

11:20

A: Actually I was looking for these, so that's a good call,

A2: [inaudible] you want to get some [matching?] rings [inaudible]

A: Let's get some rings too

[no agent conversation/inaudible]

12:17

A: Is that a belt?

A2: Uh hum

A: 6300 dollars!

A2: Uh hum

A: [inaudible]

A: There ya go

[inaudible conversation between agents]

A: Look at these [inaudible] that'd be good?

A2: My mom likes that kind of stuff

A: Green or red?

A2: Ah…Green.

13:24

A2: What about these kinda things?

A: I don' know, maybe. I think it might be a little much, what do you think?

A2: [inaudible]

A: Some people like much.

[inaudible conversation between agents]

14:32

A2: It is, see the bands

A: It sure is

[inaudible conversation between agents] [continuing background conversation]

15:20:

[purposeful whispering between agents]

A: You're into the snakes, aren't you?

[inaudible conversation between agents]

A: I can't remember if she wanted….

A2: [inaudible]

A: Yeah, I think she just wanted bracelets this time

[inaudible conversation between agents, no conversation]

17:09:

A: [inaudible] it's a butterfly right, inaudible, [inaudible] those are inlaid, [A2: maybe] inlaid butterfly

A2: inaudible

[no conversation between agents]

18:39

A2: [inaudible] belts?

A: I don't know….I don't know… ya know…

A2: inaudible

19:34

A: [How much are] these rings would be good I think

[inaudible conversation between agents]

A: Yeah, that be good, yeah

[inaudible conversation between agents]

A: Since we're doing mainly [inaudible] idea

A: [inaudible] had on the box.  What are these?

A2: [inaudible]

A: Yeah, that would work

A2: It's for a small finger [inaudible]

21:08:

A2: It just says sterling….

A: Yeah, it's alright then

A: [inaudible] There's a lot of horse stuff. Yeah, that be good.  These are huge, good god

A2: [inaudible][laughter]

A: [inaudible] I know a weapon

21:32

A2: This is a little heavier and this is not; this is stamped and this is not.

A: Huh, I don't know

A2: [inaudible]

[semi-audible background conversation]

22:28

A2: [inaudible] squash blossoms

A: You think so?, Yeah, [] you need to take a photo of it to see if she wants it, you want to do that?

[inaudible between agents]

A: Maybe I should take a photo [inaudible]

22:57

A:  [] showed me the [inaudible] canteens we were talking about, they're back here somewhere, he showed them to me last time, [inaudible]

A2: inaudible

A: I don't know

[inaudible between agents]

A2: inaudible

A: [inaudible] They put the weed in them I think

[inaudible between agents]

A: Um, I don't know, I have to call on that

A: There's a knife for you…

A2: And a walrus candle

A: [inaudible]

A: Stone? A scalpel?

24:58

Z: I'm sorry Amber [inaudible]

Z: I'm sorry…got busy [inaudible]

A: You forgot, you forgot about her, that's okay

Z: never, never, I'm sorry [inaudible] something click my mind right away

A2: Thank you.

Z: Boss can I get you something

A: No, no, I'm positive, I'm positive, thank you

A2: Kinda spacy

A: Yeah, kinda spacy

A2: Um hmmm

A: [inaudible]

A2: What is this?

A: I do not know, …the necklace thing, pendant? [inaudible]

A2: inaudible

[inaudible between agents]

[semi-audible talk about the jewelry]

A2: Did you like the finger ring?

A: That big long, I'm not a huge fan, you're calling the shots here

A2: I think that stuff was amber, that you asked about back there

A: You almost have to get some

A2: I know. I actual have another ring that could be sized with me. I brought it with me just in case. [inaudible] this stuff.

A: The copper?

A: [inaudible]

A: [inaudible] look at that

A2: [inaudible]

[inaudible conversation between agents]

29:00

UM: inaudible

A: [inaudible] okay just want to make sure I'm not holding you up

UM: no, no problem

[inaudible conversation between agents]

A: Not really, see what he thinks about them, [inaudible] appraisals anyways, so see where we're at

A2: [inaudible]

A: Uh hm

A2: inaudible

A: Yeah

[inaudible conversation between agents]

A: Oh, yeah.

A2: [inaudible] one like that

A: The red eyes

A2: Yeah.  You like the opal?

A: Uh, Yeah.

[semi-inaudible conversation between agents about jewelry]

31:35

A: She said she wanted a couple in white, the white um, the white stones, and ten of the black… there's one white… [A2: inaudible] no, which size you think works best,

A2: [inaudible] I like smaller, but some people like big

A: Do you have any of this size in the white, the white buffalo?

UM: We have the [inaudible]

A: Yeah, yeah, we sure do

UM: You want the smaller size

UM: [inaudible] you wanted the white buffalo

A: Yeah, the white and the black are what…

UM: My, I'm sorry, right now we don't have any, I'm sorry [A: that's okay, that's okay][inaudible]

A: Can we…is it possible to place the order for this size?

UM: Yeah, sure, when they come, she makes some to see how they go, yeah we can tell her to make some in white

A2: Where are the necklaces?

UM: Like this?   ….Coral, [inaudible] which ones we have the bracelets, turquoise, and I have them in squashes, that big squash [A: we saw one] You saw one back there [A: Nice]….yeah, these two she makes necklaces and the rest is rings and bracelets

A2: Any other earrings?

UM: Yeah, we do have earrings like that

UM: Is it cold, is it cold in your county right now?

A: Yeah, oh yeah, it's cold everywhere now, brutal

A: Are these globes, are those all separate pieces?

UM: [inaudible] we manufacture, we do them in china, his brother do, [A: Wow] we have a showroom in Las Vegas

A: I see them doing well in Vegas huh, wow, that's impressive

[inaudible side conversation between current UM and other UM]

A2:  You want some Effie money clips?

Agent: Ah, shhhh…I don't know

A2: [inaudible] earrings

A: Nah, I think that's probably good, we know the um the bracelets are a safe bet, they sold so quick last time…

A2: inaudible

A: We can take a look at them

A2: inaudible

[inaudible between agents]

A: Back in this general area

[inaudible between agents]

A: The guy that was helping you? I'm not sure…..[inaudible] walk out of here with that thing on

A2: It's got [] name on it….[inaudible]

[inaudible conversation between agents]

A: That's pretty cool

A2: [inaudible whisper]

36:40

A: Oh, here's the money clip

[no conversation, inaudible conversation between agents]

37:26

A: Oh, the jewelry?

A2: inaudible

A: What do you think? Anything else?

A2: [inaudible] I do like that one, that one better[inaudible]

A: [inaudible]…blue bird….kind of antique-e

A2: inaudible

A: inaudible

A: Yeah, why not. Why not.

[inaudible conversation between agents]

38:50

A2: What's the damage?

A: See where we're at here.

A2: Do you have anything like this with a turtle?

UM: Turtles, [inaudible]

Different UM?: bracelets… [inaudible]

[inaudible]

UM: That's a nice bracelet

[inaudible conversation of A2 and UM]

39:42

[inaudible conversation of UM and others]

Z?: Did you go back home all the way and come back again, or just….?

A: Yeah, I was just passing through, [Z: just passing through] passing last two weeks ago, [Z: yeah, yeah] but she's in town, but she's kinda, she does most of the buying, so uh wanted to make the run out

Z: No, I thought you came here and you went back again or just you were passing through

A: Yeah, yeah, exactly, they wanted to stop in and see if you guys had any more of the [inaudible – Effie stuff?]

A: How much longer is she gonna be making stuff?

Z: She makes it but not by herself…

A: No yeah, I figured

Z: Her family, her daughters [inaudible], two daughters

A: Oh so, cause I know Effie's getting old right?

Z: Yeah, She's not making much herself, not her [inaudible] her daughters

A: It's good that the daughters picked the business and you know

Z: Yeah, that's what they do

A: Ya know, making a living.

A: They pretty popular?

Z: Oh yes.

A: Yeah, they, my uh, my sister said they sold quick.

Z: Oh, yeah, yeah [inaudible]

A: But nobody back East no one sees anything like this so

Z: [inaudible] back East?

A: Not that, not that, I meant that's, I don't know much about the business, but that's what she said.

Z: [inaudible]

A: Appreciate the help

Z: Hm?

A: Appreciate the help.

Z: [inaudible] oh any time [inaudible] thank you for coming back again

A: Oh, of course, of course

Z: Anything she needs [inaudible] like this take pictures [inaudible]

A: That barbed wire?

A2: Yeah, [inaudible] barbed wire [inaudible]

[inaudible conversation between agents]

A: Perfect for a [inaudible] like yourself

A2: [inaudible]

A: Eh, it's alright

A2: [inaudible]

A: You like that then….

[inaudible/jewelry small talk conversation between agent]

Z: [inaudible price] then I give you the discount, [15%?]

A: Okay.

42:17

A: If we're going to order, do you want us to pay now or pay when we pick it up?   If we want to place an order some Effie stuff?

Z: Some Effie stuff? Yeah, you can give me the credit card by phone, or [A: either way] either way it doesn't matter, it doesn't matter what's easy for you

A: It doesn't really matter honestly

Z: It doesn't matter, whatever, when you receive it [inaudible] or whatever you like [inaudible]

A: Let's see….now - ….we have to cull some stuff out here

A2: I know.

Z: inaudible [that's how much it would be…..[?] inaudible prices]

[inaudible between agents, conversation about jewelry]

A: We definitely want these right - those are gonna go

A2: Maybe not this, maybe not that

A: Let's see ….definitely wants that….All that except for the [inaudible] she's gonna want.

[inaudible]

43:48

A: What's the deal with these, she bought a couple of these and they sold really quick. What do people use these for?

Z: Decoration

A: Just decoration, yeah yeah

Z: Yeah, mostly decoration yeah

A: Who makes these? Are these?

Z: No made here local yeah

A: What what are they though, are they?

Z: They're Navajo

A: Oh, they're Navajo? That's why she called them Navajo canteen [Z: yeah] I don't know if that's the correct term

Z: Yeah, yeah, that's the Navajo canteen, yeah

A: Okay

A2: [inaudible]

Agent; Ok, she def, she def, she definitely wanted those. And….what do you think?

A2:  Um…This one is unique

A: It's nice inlay

Z: Nice inlay [inaudible]

A: For sure

Z: [inaudible]

A2: It's heavier feeling

A: This Zuni, the inlay?

Z: No, that's overseas

A: That's overseas, okay

Z: This one and these two overseas

A:  Okay

Z: [inaudible] and overseas

A: Okay

Z: This one Navajo

[inaudible]

A2: [inaudible] there's a stamp in it, I thought that meant…..

Z: No, sometimes they match it and they stamp it [inaudible] it's overseas, [A2: oh] all the jewelry here is overseas, all [inaudible]

A2: [inaudible]

A: That fooled me

Z: If this one like Zuni made it's going to be $1200, $1500

A: good mark up

A2: [inaudible]

Z: [inaudible]  Yeah, it's gonna be [] markup

A: (laugh) I mean…

Z: That's why nobody can afford the Zuni

A: You could sell that as Zuni

A2: Yeah, I know

Z: I have to tell you I mean ….. (cut off by agent)

A: No, no, I got you, I appreciate that, no no no I appreciate that

A: Let's ring this stuff up

A2: And these are Effie?

Z: That's all Effie, Effie and all Indian jewelry

A: Cool.

A2: Does she have the design patented?

Z: No she make them [inaudible]

A2: No, I mean no one else can make this…

A: And her daughters

Z: [inaudible] they respect her [inaudible] the Zuni people they respect each other, they know she's an old lady and her family [A: well-known name] that's their design [inaudible].  Every Zuni, they stay their own design, every family they have their own design, they don't step on each other.

A2: Oaky

A: Oh, that's how the daughters keep the chain going

Z: [inaudible explanation] Each one has its own

A: This is pretty unique though.  Tell you what, we'll see where we're at here with this stuff and then we'll add in some bracelets if we can get those ordered

(ringing up)

Z: This one, 1197

A: That's a little better, especially when we add in….. so which one did you want, this medium size?

A2: You want to go with the blue or do you want [inaudible]?

A: No, the black and the white [inaudible]

A2: Kinda like the one we have, the black one.

[inaudible conversation between agents]

A2: So more of that size?

A: How long will it take to get [inaudible]

Z: [inaudible]

A: Let's make it an even dozen [A2: ten black], six and six

A2: Yeah, six white and…

A: Six black and six white

A2: Yeah

A: Yep…the white and [inaudible] then the black

Z: The same size here…. Six white and then black

A: All in this size.

Z: I'll give you a call [inaudible]

A: Yeah, that'll work

Z: [inaudible]

A: Nah, we're good

Z: [inaudible more prices]

A: Do ya wanna, we can pay for the order now if you want, if you want to add it on? [Z: Nah] When it gets in?

[inaudible between agents]

A: Something I can write my…..

Z: I need 6 of these and 6 of these

[background conversation]

Z: [inaudible – conversation with Agents?]

Z: [inaudible] six black and six white [inaudible]

[inaudible conversation between Z and others, and agents]

A: – good place to eat in town??

Z: What do you like, steak? You like uh Mexican? You like…..

A2: Everything

A: [inaudible] Mexican

Z: Like some Mexican, [A: it be good] so if you like some Mexican, Don Diego, just uh half a mile from here, [A: Okay] on the right hand side [A: right hand side] you see a big sign, it's family owned [inaudible]

Z: [inaudible]

A: What's that?

Z: [Inaudible]

Z: [1,077[?]] You have [inaudible]

A: I'm all out [inaudible]

51: 02

A: That's for a big wrist right there

A2: Can these be sized down or?

Z: If you want it sized down, yeah, I can, but not this one [inaudible]…..a little bit, but they can make it small size

UM: [inaudible converses with agents]

A2: Found too many things

UM: [inaudible]

A: Everything in here, what do you think?

A2: The squash blossoms, the Effie squash blossoms

UM: inaudible

A: No doubt, everything in here's nice.

UM (Z?): [inaudible]

A: Exactly

A: They're uh, I'm switching my phone number like tomorrow, I'm going to uh tmobile…. I'm not gonna port my number, so there's my email, I'll call you tomorrow [uh, inaudible, [can I get another] card from] I'll call with my new phone number, is that cool?

Z: [inaudible] email you, when I receive something I email you

A: Perfect, and then if it doesn't…If I don't hear from you I'll call just you in a week, week and a half….

Z: [inaudible] that's our phone number [inaudible]

A2: [inaudible]

A: Okay.

A: What's that, is that amber?

A: That big chunk

Z: Yeah [inaudible]

A: That's your phone number?

Z: Yeah

A: Excellent.

Z: Thank you

A: Thank you

 [inaudible conversation in car before it cuts off]