IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR,

    Defendants.

## NOTICE OF LODGING

Defendants Al-Zuni Global Jewelry, Inc., Nashat "Nash" Khalaf and Zaher Mostafa hereby notify the Court and Plaintiff that a disk containing, which includes one (1) audio file, Bates No. 2393 ("Canteen Purchase – Al Zuni Op.MP3"), which is the recording of the audio for Exhibit F in Defendants' Reply in Support of Their Joint Opposed Rule 12(b) Motion to Dismiss Count III of the Indictment and/or for a Bill of Particulars [Doc. No.64], has been lodged with the Court Clerk pursuant to Section 9(g)(4) of the CM/ECF Administrative Procedures Manual. A copy of disk also has been mailed to Plaintiff's counsel.

                                          Respectfully submitted,

                                          FREEDMAN, BOYD, HOLLANDER, GOLDBERG,
                                          URIAS & WARD, P.A.
                                          By     */s/ Nancy Hollander*
                                                   John Boyd
                                                   Nancy Hollander
                                          P.O. Box 25326
                                          Albuquerque, New Mexico 87125-0326
                                          Telephone: 505.842.9960
                                          Facsimile: 505.842.0761
                                          Email: jwb@fbdlaw.com / nh@fbdlaw.com

**Exhibit H**

*Attorneys for Defendants Nashat Khalaf and Al-Zuni Global Jewelry, Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Matthew M. Beck*
　　　Matthew M. Beck
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone: (505) 765-5900
Facsimile:  (505) 768-7395
Email: mbeck@rodey.com

*Attorneys for Defendant Zaher Mostafa*

CERTIFICATE OF SERVICE

　　I hereby certify that on June 13, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Matthew M. Beck*
　　　Matthew M. Beck