FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 17 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                           No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND THEIR REPLY AND EXPERT NOTICE DEADLINES

THIS MATTER, having come before the Court upon the Defendants' Unopposed Motion to Extend Reply and Expert Notice Deadlines ("Motion"), and the Court, having considered the Motion, being advised in the Motion's premises, being advised that the extensions requested will not cause any delay in the proceedings, and being advised that the Plaintiff United States of America does not oppose the motion, FINDS that, under 18 U.S.C. § 3161(h)(7) and *United States v. Toombs*, 713 F.3d 1273 (10th Cir. 2013), the ends of justice served by granting a two-week extension to Defendants' deadline to reply to the United States' Response to the Motion to Dismiss Count 1 [Doc. 59], and the deadline to disclose their expert notices in paragraph 3 of the Scheduling Order [Doc. 42] outweigh the best interest of the public and Defendants in adhering to the deadlines imposed by the Scheduling Order and the Court's Local Rules, and there exists good cause for a two-week extension of these deadlines, and, thus, CONCLUDES that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that:

(i) Defendants' deadline to reply to the United States' Response to the Motion to Dismiss Count 1 [Doc. 42] is extended for two weeks, until June 21, 2019; and

(ii) Defendants' deadline to file their expert notices and reports is extended for two weeks, until June 21, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

SUBMITTED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By   /s/ Matthew M. Beck
     Matthew M. Beck
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone: (505) 765-5900
Facsimile:  (505) 768-7395
Email: mbeck@rodey.com

*Attorneys for Defendant Zaher Mostafa*

FREEDMAN, BOYD, HOLLANDER, GOLDBERG, URIAS & WARD, P.A.

By   /s/ Molly Schmidt-Nowara
     John Boyd
     Nancy Hollander
     Molly Schmidt-Nowara
P.O. Box 25326
Albuquerque, New Mexico 87125-0326
Telephone: 505.842.9960
Facsimile: 505.842.0761
Email: jwb@fbdlaw.com
      nh@fbdlaw.com
      msn@fbdlaw.com

*Attorneys for Defendants Nashat Khalaf and Al-Zuni Global Jewelry, Inc.*

PEIFER, HANSON & MULLINS, P.A.

By      /s/ Mark T. Baker
            Mark T. Baker
            Carter B. Harrison IV
P.O. Box 25245
Albuquerque, New Mexico 87125
Telephone: (505) 247-4800
Facsimile: (505) 243-6458
Email: mbaker@peiferlaw.com
            charrison@peiferlaw.com

*Attorneys for Defendants Sterling Islands, Inc., and Jawad Khalaf*

--and--

AHMAD ASSED & ASSOCIATES

By      /s/ Ahmad Assed
            Ahmad Assed
            Richard Moran
818 5th Street NW
Albuquerque, New Mexico 87102
Telephone: 505-246-8373
Facsimile: 505-246-2930
Email: ahmad@assedlaw.com
            richard@assedlaw.com

*Attorneys for Defendant Nader Khalaf*


APPROVED:

JOHN C. ANDERSON
United States Attorney

By   /s/ approved telephonically 06-07-19
            Kristopher N. Houghton
            Sean J. Sullivan
Assistant United States Attorneys
201 Third NW, Suite 900
Albuquerque, New Mexico 87102
Telephone: (505) 346-7274

*Attorneys for Plaintiff United States of America*