IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                             No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR

        Defendants.

**JOINT MOTION FOR AMENDED SCHEDULING ORDER**

Come now, all parties, for good cause, and move the Court to issue an Amended Scheduling Order, reflecting approximately a 60-day extension for all deadlines not previously past (those dates remain unchanged from the original Scheduling Order). In support, the parties state:

As this Court is aware from previous motions, the parties are diligently working on resolving this matter. Since the last Motion and Order extending deadlines [Doc. 77] and [Doc. 79], a substantive meeting with all defense counsel and the United States Attorney Office was held on July 25, 2019. (A newer Motion and Order have since been entered, [Doc. 78] and [Doc. 81]). The parties are currently working on the follow-up items discussed in that meeting with the ultimate goal of resolution of the case. As stated in previous motions, additional motions to dismiss by the defense would be counter-productive to that possible resolution; furthermore, all parties', including the Court's, time and resources may be expended unnecessarily on both those motions and expert disclosures and issues. In order to give the parties a reasonable time to

complete negotiations and propose a possible resolution to the Court, the parties conferred and move the Court to enter the following proposed scheduling order:

| | | |
|---|---|---|
| 1. | April 5, 2019 | Deadline for government to produce discovery material, including *Brady* and *Giglio* material (except for government's continuing duty to disclose); |
| 2. | May 10, 2019 | Reciprocal discovery by the Defendants (except for Defendants' continuing duty to disclose); |
| 3. | October 9, 2019 | Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions; |
| 4. | June 5, 2019 | Transcripts from government [Production to commence immediately from the date of the Court's entry of the scheduling order, to be completed no later than May 10, 2019]; Responses to Fed. R. Crim. P. 16 discovery motions; Responses to Fed R. Crim. P. 7(f) Motions |
| 5. | June 19, 2019 | Replies to Fed. R. Crim. P. 16 discovery motions; Replies to Fed R. Crim. P. 7(f) Motions |
| 6. | October 9, 2019 | Fed. R. Crim P. 12 pretrial motions deadline; *Daubert* motions |
| 7. | October 23, 2019 | Responses to pretrial and *Daubert* motions |
| 8. | November 6, 2019 | Replies to pretrial and *Daubert* motions |
| 9. | October 9, 2019 | Notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3 |
| 10. | October 23, 2019 | Responses to notices of defenses |
| 11. | December 6, 2019 | Joint jury questionnaire, with letters regarding questions to which the parties cannot agree. |
| 12. | December 20, 2019 | Jencks Act disclosure deadline; Motions in limine; Fed. R. Evid. 404(b) notices; jury instructions; proposed *voir dire*; and |

| | |
|---|---|
| 13. January 27- February 7, 2020 | Jury Selection and trial, 8:30 a.m. in Albuquerque, Pete V. Domenici U.S. Courthouse, 460 Vermejo Courtroom. |

The parties, therefore, move the Court to impose the above scheduling order.

Respectfully submitted,

FREEDMAN, BOYD, HOLLANDER, GOLDBERG, URIAS & WARD, P.A.

By  */s/ Nancy Hollander*
    John Boyd
    Nancy Hollander
P.O. Box 25326
Albuquerque, New Mexico 87125-0326
Telephone: 505.842.9960
Facsimile: 505.842.0761
Email: jwb@fbdlaw.com
       nh@fbdlaw.com

HOPE ECKERT, ATTORNEY AT LAW, LLC

By  */s/ Hope Eckert*
    Hope Eckert
500 Marquette, NW, Suite 1200
Albuquerque, NM 87102
Telephone: (505) 480-8580
Email: heckert@swcp.com

*Attorneys for Defendants Nashat Khalaf and Al-Zuni Global Jewelry, Inc.*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  */s/ Matthew M. Beck*
    Matthew M. Beck
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
Email: mbeck@rodey.com

*Attorneys for Defendant Zaher Mostafa*

PEIFER, HANSON & MULLINS, P.A.

By  */s/ Mark T. Baker*
      Mark T. Baker
      Carter B. Harrison IV
P.O. Box 25245
Albuquerque, New Mexico 87125
Telephone: (505) 247-4800
Facsimile: (505) 243-6458
Email: mbaker@peiferlaw.com
       charrison@peiferlaw.com

*Attorneys for Defendants Sterling Islands, Inc., and Jawad Khalaf*


--and--


AHMAD ASSED & ASSOCIATES

By  */s/ Ahmad Assed*
      Ahmad Assed
      Richard Moran
818 5th Street NW
Albuquerque, New Mexico 87102
Telephone: 505-246-8373
Facsimile: 505-246-2930
Email: ahmad@assedlaw.com
       richard@assedlaw.com

*Attorneys for Defendant Nader Khalaf*


AND

JOHN C. ANDERSON
United States Attorney

/s/  Electronic Approval by Jonathon Gerson 7/30/19
JONATHON GERSON
KRISTOPHER N. HOUGHTON
SEAN P. SULLIVAN
Assistant U.S. Attorneys

P.O. Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on July 30, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

    By  */s/ Hope Eckert*
         Hope Eckert