UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                            Case No. CR 18-4176 JB

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR,

        Defendants.

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

COME NOW all parties, for good cause, and request that the Court reschedule the Pretrial Conference currently set for October 21, 2019, at 8:30 a.m. (Doc. 68). As grounds for this request, counsel state as follows:

1. All parties remain fully engaged in diligently negotiating a resolution to the matter.

2. A substantive meeting between all parties, including additional interested parties, is anticipated to be held next week following the scheduled pretrial conference.

3. The parties agree that a status conference will be more prudent for the parties to report the progress of the parties' negotiations after the meeting is held.

4. The proposed continuance will not prejudice either party.

5. For this reason, all defense and government counsel respectfully request that the matter be continued.

WHEREFORE, undersigned counsel respectfully requests that the Court continue the pretrial conference set for October 21, 2019, at 8:30 a.m.

          Respectfully submitted,

          */s/ Ahmad Assed*
          Ahmad Assed
          Richard Moran
          AHMAD ASSED & ASSOCIATES
          818 5th Street NW
          Albuquerque, NM 87102
          ahmad@assedlaw.com
          richard@assedlaw.com

          *Attorneys for Defendant Nader Khalaf*

          Nancy Hollander
          John Boyd
          FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD, P.A
          20 First Plaza Center, NW, Suite 700
          Albuquerque, NM 87102
          P: 505-842-9960
          nh@fbdlaw.com
          jwb@fbdlaw.com

          And

          Hope Eckert
          HOPE ECKERT, ATTORNEY AT LAW, LLC
          500 Marquette, NW, Suite 1200
          Albuquerque, NM 87102
          Telephone: (505) 480-8580
          Email: heckert@swcp.com

          *Attorneys for Defendants Nashat Khalaf and Al-Zuni Global Jewelry, Inc.*

          Matthew M. Beck
          RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
          PO Box 1888

>Albuquerque, NM 87103
>mbeck@rodey.com
>
>*Attorney for Defendant Zaher Mostafa*
>
>Mark T. Baker
>Carter B. Harrison IV
>PEIFER,HANSON & MULLINS, P.A.
>PO Box 25245
>Albuquerque, NM 87125
>mbaker@peiferlaw.com
>charrison@peiferlaw.com
>
>*Attorneys for Defendants Sterling Islands, Inc. and Jawad Khalaf*
>
>*/s/ Approval by email on 10/18/2019*
>Sean J. Sullivan
>Assistant U.S. Attorney – Public Affairs Officer
>201 Third Street N.W., Suite 900
>Albuquerque, New Mexico 87102
>(505) 224-1514 (office)
>(505) 346-7296 (fax)
>Sean.j.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel or parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>By:   */s/ Ahmad Assed*