UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.

STERLING ISLANDS, INC.,
AL-ZUNI GLOBAL JEWELRY, INC.,
JAWAD "JOE" KHALAF,
NADER KHALAF,
NASHAT "NASH" KHALAF,
ZAHER MOSTAFA, and
TAHA "TOM" SHAWAR,

        Defendants.

Case No. CR 18-4176 JB

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 25 2019

MITCHELL R. ELFERS
CLERK

## ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

THIS MATTER, having come before the Court upon the parties' Joint Motion to Continue Pretrial Conference (Doc. 91), which is set for Monday, October 21, 2019, at 8:30 a.m. (Doc. 68), and the Court being advised in the Motion and its premises, hereby finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion to Continue Status Conference is GRANTED. The Status Conference set for Monday, October 21, 2019, is hereby VACATED. The Court will set a status conference at a future date.

_____
UNITED STATES DISTRICT JUDGE